# EXHIBIT C

AHH LLC

File No.　　AHH LLC

## ADDITIONAL COMPARABLES

| Borrower/Owner | N/A |
|---|---|
| Property Address | 280 Hickory Ridge Rd |

| City Greenfield Township | County Lackawanna | State PA | Zip Code 18407 |
|---|---|---|---|

| Lender/Client | AHH LLC |
|---|---|

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| 280 Hickory Ridge Rd | | 559 Lakeland Dr | | | | | |
| Address Greenfield Township | | Scott Twp., PA 18447 | | | | | |
| Proximity to Subject | | 7.05 miles S | | | | | |
| Sale Price | $ | | $ 85,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 62.50 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS# 21-4016/ DOM-9 | | | | | |
| Verification Source(s) | | TAX REC. | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | FORECLOSURE/CASH | | | | | |
| Concessions | | NONE | | | | | |
| Date of Sale/Time | | 03/24/2022 | | | | | |
| Location | SUBURBAN | SUBURBAN | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 47643 sf/ 1.09 Acre +- | .69 Acre | +16,000 | | | | |
| View | NBHD | NBHD | | | | | |
| Design (Style) | RANCH | RANCH | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Actual Age | 56 | 72 | | | | | |
| Condition | FAIR TO AVERAGE | FAIR TO AVERAGE | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5 2 1.1 | 5 3 2.0 | -2,000 | | | | |
| Gross Living Area | 1,175 sq. ft. | 1,360 sq. ft. | -1,900 | sq. ft. | | sq. ft. | |
| Basement & Finished | CRAWL SPACE | 1360 sf 0 sff | -6,800 | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | FAIR TO AVERAGE | FAIR TO AVERAGE | | | | | |
| Heating/Cooling | EBB/NONE | EBB+HW-BB/NO CAC | | | | | |
| Energy Efficient Items | TYPICAL | TYPICAL | | | | | |
| Garage/Carport | 1-CAR GARAGE | 1-CAR GARAGE | | | | | |
| Porch/Patio/Deck | 1/0/0 | 1/0/1 | -2,000 | | | | |
| FP | 1 | NONE | +1,500 | | | | |
| ENC. STORAGE RM | 1 | NONE | +1,500 | | | | |
| INGROUND POOL | NONE | NONE | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 6,300 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 7.41 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 37.29 % | $ 91,300 | Gross Adj. % | $ | Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 06/20/2023 | 07/12/2022 | | |
| Price of Prior Sale/Transfer | 230,000 | 229,000 | | |
| Data Source(s) | DEED, MLS & TAX REC. | MLS & TAX REC. | | |
| Effective Date of Data Source(s) | 03/06/2026 | 03/06/2026 | | |
| Comment on Sales Comparison | NO MLS DATA FOUND FOR COMP#4 PRIOR SALE. | | | |

AHH LLC

File No.    AHH LLC

| ADDITIONAL COMMENTS |
| Page 1 |

| Borrower/Owner | N/A | | | | |
| Property Address | 280 Hickory Ridge Rd | | | | |
| City Greenfield Township | | County Lackawanna | | State PA | Zip Code 18407 |
| Lender/Client | AHH LLC | | | | |

LEGAL DESCRIPTION

Without title opinion or mineral opinion, the appraiser is completing this report with an 'extraordinary assumption' that we assume the mineral estate is intact and therefore appraising 'fee simple' without reservation.

MARKET CONDITIONS

MOST SINGLE FAMILY HOMES ARE BEING FINANCED IN ACCORDANCE WITH CONVENTIONAL TERMS AND CONDITIONS. SOME USE OF SELLERS CONCESSIONS BEING NOTED. PERCENT LAND USE OTHER IS COMPRISED OF VACANT AND UNDERDEVELOPED LAND USE.

THE FINAL VALUE ESTIMATE OF THE SUBJECT PROPERTY DOES NOT REPRESENT THE PREDOMINANT VALUE FOR RESIDENTIAL PROPERTIES IN THIS MARKET AREA, AS SHOWN ON PAGE 1 OF THE REPORT. THE SUBJECT PROPERTY IS WITHIN THE STATED PRICE RANGE FOR HOMES IN THIS AREA; AND THE FACT THAT THE SUBJECT PROPERTY DOES NOT REPRESENT THE PREDOMINANT VALUE

ADVERSE SITE CONDITIONS AND/OR EXTERNAL FACTORS

THE SUBJECT PROPERTY WAS BUILT PRIOR TO 1978 WHEN LEAD BASED PAINT AND ASBESTOS WERE COMMON BUILDING MATERIALS. THE VALUE ESTIMATED IN THIS REPORT IS BASED ON THE ASSUMPTION THAT THE PROPERTY IS NOT NEGATIVELY AFFECTED BY THE EXISTENCE OF HAZARDOUS SUBSTANCES INCLUDING BUT NOT LIMITED TO LEAD BASED PAINT AND ASBESTOS BUILDING MATERIALS.

WELL & SEPTIC SYSTEMS ARE COMMON FOR THE AREA AND DO NOT HAVE A NEGATIVE EFFECT ON THE SUBJECTS VALUE OR MARKETABILITY. HOWEVER, THE APPRAISER MAKES NO WARRANTIES AS TO THE POTABILITY OF THE WATER, OR TO THE PROPER OPERATION OF THE SEPTIC SYSTEM.

NOTICE TO ANY INTENDED USER OF THIS REPORT OR PURCHASER REGARDING THE LOT SIZE. THE LOT SIZE WAS OBTAINED FROM THE SCRANTON TAX RECORDS THAT IS FURNISHED TO THE SCRANTON BOARD OF REALTORS AND DEED. OFTEN TIMES IT IS NOT ACCURATE, THEREFORE IT IS HIGHLY RECOMMENDED, THE LOT SIZE BE VERIFIED BY DEED AND OR SURVEY PRIOR TO ANY TRANSFER AS THEY OFTEN MAY VARY. IF THE ACTUAL SIZE IS LESS THAN INDICATED, I RESERVE THE RIGHT TO ADJUST THE VALUE.

"YOUR APPRAISER HIGHLY RECOMMENDS ANY INTENDED USER OF THIS REPORT TO HAVE A FLOOD CERTIFICATION PERFORMED AS WE ARE NOT EXPERTS IN THIS AREA".

IT IS REQUIRED THE USER OF THIS REPORT OR PURCHASER VERIFY THE FLOOD STATUS OF THIS PROPERTY, AS WE ARE NOT EXPERTS IN THIS AREA.

THIS APPRAISER ARRIVED AT THE HIGHEST AND BEST USE BY ANALYZING THE PROPERTY'S MOST PROFITABLE AND LEGALLY PERMISSIBLE USE, GIVEN PHYSICAL POSSIBILITIES AND FINANCIAL FEASIBILITY. THE HIGHEST AND BEST USE OF THE SUBJECT PROPERTY IS THE PRESENT USE.

PROPERTY CONDITION

THE SUBJECT DWELLING APPEARS TO BE IN OVERALL FAIR TO AVERAGE CONDITION DUE TO THE CONDITION OF THE HOME. AS PER THE OWNER THE HOME WAS IN THE PROCESS OF BEING REMODLED WITH A NEW ROOF, BATH, HEATING & AC, REPLACEMENT WINDOWS, SIDING & REMODELED ENCLOSED PORCH BUT THE CONTRACTOR DID NOT FINISH THE STARTED REMODELING, STOPPED SHOWING UP TO COMPLETE THE WORK AND INSTALLED SOME OF THE REMODELING IMPROPERLY. HE SAID BECAUSE THE ROOF IS INCOMPLETE IT IS CAUSING FURTHER DAMAGE INCLUDING WATER DAMAGE TO THE INTERIOR CEILINGS, FLOORING, ATTIC & INSULATION. THIS HAS BEEN TAKEN INTO ACCOUNT IN THE AS IS CONDITION OF THE HOME.

"THE APPRAISER IS NOT AN EXPERT IN BUILDING CONSTRUCTION AND DETECTING DEFECTS, THEREFORE IF THE CLIENT OR PURCHASER DESIRES, THEY CAN HAVE A WHOLE-HOUSE INSPECTION".

NO INFESTATION OBSERVED. ANY QUESTIONS CONCERNING INFESTATION SHOULD BE DIRECTED TO A SPECIALIST IN THIS FIELD.

SALES COMPARISON APPROACH

ALL COMPARABLES COMPARE FAVORABLE TO THE SUBJECT AND ARE WEIGHTED EQUALLY IN DETERMINING THE FINAL VALUE IN THIS APPROACH. DUE TO THE LACK OF RECENT SALES WITHIN THE SUBJECT'S NEIGHBORHOOD IT WAS NECESSARY TO USE COMPARABLE SALES OVER 6 MONTHS OLD AND MORE THAN 1 MILE . THESE COMPARABLES WERE THE BEST AVAILABLE SALES AT THE TIME OF THE INSPECTION AND ARE CONSIDERED TO BE THE BEST INDICATORS OF PRESENT MARKET VALUE. AS ADJUSTED THE COMPARABLES ARE A GOOD ALTERNATIVE TO THE SUBJECT. ALL COMPARABLES ARE COMPETITIVE IN TERMS OF LOCATION.

ALL SUBJECT PROPERTY AND COMPARABLE SALES DATA AND INFORMATION HAVE BEEN OBTAINED FROM, MULTIPLE LISTING SERVICE, COUNTY,OWNER, REALTOR, APPRAISER, SELLER, TENANT AND/OR BUYER. INFORMATION IS DEEMED ACCURATE BUT IS NOT WARRANTED BY THIS APPRAISER. THE APPRAISER ONLY CONSIDERED THOSE ITEMS THAT WERE ATTACHED TO THE HOME AS REALTY. ANY SUCH ITEMS NOT ATTACHED SUCH AS REFRIGERATORS, MICROWAVES, WASHERS, DRYERS, SATELLITE DISHES, ETC. WERE NOT CONSIDERED IN THE VALUATION PROCESS OF THIS REPORT.

RECONCILIATION

**THE SUBJECT DWELLING APPEARS TO BE IN OVERALL FAIR TO AVERAGE CONDITION DUE TO THE**

AHH LLC
File No.    AHH LLC

**ADDITIONAL COMMENTS**
Page 2

| | |
|---|---|
| Borrower/Owner | N/A |

Property Address  280 Hickory Ridge Rd

City  Greenfield Township    County  Lackawanna    State  PA    Zip Code  18407

Lender/Client    AHH LLC

**CONDITION OF THE HOME. AS PER THE OWNER THE HOME WAS IN THE PROCESS OF BEING REMODLED WITH A NEW ROOF, BATH, HEATING & AC, REPLACEMENT WINDOWS, SIDING & REMODELED ENCLOSED PORCH BUT THE CONTRACTOR DID NOT FINISH THE STARTED REMODELING, STOPPED SHOWING UP TO COMPLETE THE WORK AND INSTALLED SOME OF THE REMODELING IMPROPERLY. HE SAID BECAUSE THE ROOF IS INCOMPLETE IT IS CAUSING FURTHER DAMAGE INCLUDING WATER DAMAGE TO THE INTERIOR CEILINGS, FLOORING, ATTIC & INSULATION. THIS HAS BEEN TAKEN INTO ACCOUNT IN THE AS IS CONDITION OF THE HOME.**

VALUE IS PREDICATED UPON THERE BEING NO HIDDEN OR UNAPPARENT ADVERSE CONDITIONS AFFECTING THE PROPERTY.

THE MARKET APPROACH IS DEEMED MOST RELIABLE. THE COST APPROACH IS NOT REQUIRED BY FANNIE MAE. IN THE APPRAISERS OPINION THE COST APPROACH IS THE LEAST RELIABLE SOURCE OF DETERMINING VALUE DUE TO TH E ACCURACY IN CALCULATING DEPRECIATION. THE INCOME APPROACH WAS NOT CONSIDERED DUE TO THE LACK OF SINGLE FAMILY PROPERTIES SOLD INCOME PRODUCERS.

THE APPRAISER IS NOT A QUALIFIED BUILDING INSPECTOR AND IT IS RECOMMEND IF THE CLIENT DESIRES A BUILDING INSPECTOR BE HIRED. THE VALUE ESTIMATED IN THIS APPRAISAL IS BASED ON THE ASSUMPTION THAT THE SUBJECT BUILDINGS HAVE NO UNDISCLOSED OR UNOBSERVABLE DEFECTS PERTAINING TO, BUT NO LIMITED TO, OVER ALL STRUCTURAL, FIREPLACE AND FOUNDATION CONDITION, HEATING, PLUMBING AND ELECTRICAL SYSTEMS. UNLESS REPORTED WITHIN, ANY EXCEPTIONS WILL NEGATIVELY AFFECT THE VALUE OF THE SUBJECT PROPERTY. THE APPRAISAL IS BASED ON THE ASSUMPTION THAT THE PROPERTY WOULD PASS A FULL BUILDING INSPECTION. IF ANY DEFECTS ARE FOUND THE APPRAISER RESERVES THE RIGHT TO ADJUST THE VALUE OR THE ITEM MUST BE REPAIRED.

"THE APPRAISER IS NOT AN EXPERT IN BUILDING CONSTRUCTION AND DETECTING DEFECTS, THEREFORE IF THE CLIENT OR PURCHASER DESIRES, THEY CAN HAVE A WHOLE-HOUSE INSPECTION".

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR AN OPINION OF MARKET VALUE, SUBJECT TO THE STATED SCOPE OF THE WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

THIS REPORT MAY CONTAIN ONE OR MORE ELECTRONIC SIGNATURES. THE SIGNATURES ARE AFFIXED BY THE APPRAISER AT THE TIME OF COMPLETION OF THE REPORT. THE APPRAISAL IS THEN ELECTRONICALLY "LOCKED", AND CONTROLLED BY A PERSONAL IDENTIFICATION NUMBER. THE REPORT CAN NOT BE EDITED BY ANYONE OTHER THAN THE SIGNING APPRAISER. ALL ELECTRONIC SIGNATURES HAVE BEEN USED WITHIN USPAP GUIDELINES.

"THE APPRAISER HAS NOT PERFORMED ANY PRIOR SERVICES AS AN APPRAISER OR ANY OTHER CAPACITY ON THE SUBJECT PROPERTY OVER THE PAST THREE YEARS".

EXPOSURE TIME: ESTIMATED LENGTH OF TIME THAT THE PROPERTY INTEREST BEING APPRAISED WOULD HAVE BEEN OFFERED ON THE MARKET PRIOR TO THE HYPOTHETICAL CONSUMMATIONS OF A SALE AT MARKET VALUE ON THE EFFECTIVE DATE OF THE APPRAISAL. EXPOSURE TIME IS A RETROSPECTIVE OPINION BASED ON AN ANALYSIS OF PAST EVENTS ASSUMING A COMPETITIVE & OPEN MARKET. IN THE APPRAISERS OPINION THE ESTIMATED EXPOSURE TIME FOR THE SUBJECT PROPERTY IS 3-6 MONTHS.

AHH LLC

File No.    AHH LLC



## SKETCH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower/Owner | N/A | | | |
| Property Address | 280 Hickory Ridge Rd | | | |
| City  Greenfield Township | County  Lackawanna | State  PA | Zip Code  18407 | |
| Client  AHH LLC | | | | |

| SUMMARY | SQ FT AREA | PERIMETER | AREA CALCULATION DETAILS | |
|---|---|---|---|---|
| Living Area | | | First Floor | |
| First Floor | 1174.5 | 150 | 48.9 X 22.2 = 1085.5 | |
| | | | 19.8 X 2.0 = 39.6 | |
| Garage | | | 24.7 X 2.0 = 49.4 | |
| Garage | 286.0 | 70 | Total 1174.5 | |

SKETCH by 1-800-523-0472

Nasser Appraisal Service, Inc.



File No.     AHH LLC

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Owner | N/A |
| Property Address | 280 Hickory Ridge Rd |
| City Greenfield Township | County Lackawanna     State PA     Zip Code 18407 |
| Client AHH LLC | |



**FRONT VIEW OF
SUBJECT PROPERTY**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE OF
SUBJECT PROPERTY**

File No.    AHH LLC

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Owner | N/A |
| Property Address | 280 Hickory Ridge Rd |
| City Greenfield Township | County Lackawanna | State PA | Zip Code 18407 |
| Client AHH LLC | | | |



Living Room



Dining Room



Kitchen

File No.    AHH LLC

## PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower/Owner | N/A | |
| Property Address | 280 Hickory Ridge Rd | |
| City Greenfield Township | County Lackawanna | State PA | Zip Code 18407 |
| Client AHH LLC | | |



Bedroom

Bedroom

Bath

File No.    AHH LLC

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Owner | N/A |
| Property Address | 280 Hickory Ridge Rd |
| City Greenfield Township | County Lackawanna    State PA    Zip Code 18407 |
| Client AHH LLC | |



Foyer

Mud Room

1/2 Bath

File No.    AHH LLC

## PHOTOGRAPH ADDENDUM

| | | | |
|---|---|---|---|
| Borrower/Owner | N/A | | |
| Property Address | 280 Hickory Ridge Rd | | |
| City  Greenfield Township | County  Lackawanna | State  PA | Zip Code  18407 |
| Client  AHH LLC | | | |



Storage, Laundry & Mechanical Room

Garage Interior

Nasser Appraisal Service, Inc.

File No.    AHH LLC

PHOTOGRAPH ADDENDUM

Borrower/Owner    N/A
Property Address    280 Hickory Ridge Rd
City    Greenfield Township    County    Lackawanna    State    PA    Zip Code    18407
Client    AHH LLC



Crawl Space View

Attic View

Enclosed Porch

Nasser Appraisal Service, Inc.

File No.    AHH LLC

## PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower/Owner | N/A | |
| Property Address | 280 Hickory Ridge Rd | |
| City Greenfield Township | County Lackawanna | State PA    Zip Code 18407 |
| Client AHH LLC | | |



### COMPARABLE #1

38 W Grzybowski Rd
Scott Twp., PA 18447

| | |
|---|---|
| Price | $117,538 |
| Price/SF | $97.95 |
| Date | 07/12/2023 |
| Age | 54 |
| Room Count | 5-2-1 |
| Living Area | 1,200 |
| | |
| Value Indication | $121,338 |



### COMPARABLE #2

538 Justus Blvd
Scott Twp., PA 18447

| | |
|---|---|
| Price | $124,254 |
| Price/SF | $121.46 |
| Date | 12/07/2023 |
| Age | 103 |
| Room Count | 6-3-1 |
| Living Area | 1,023 |
| | |
| Value Indication | $125,774 |



### COMPARABLE #3

241 Kraky Rd
Scott Twp., PA 18447

| | |
|---|---|
| Price | $150,000 |
| Price/SF | $122.85 |
| Date | 05/09/2023 |
| Age | 62 |
| Room Count | 6-3-2 |
| Living Area | 1,221 |
| | |
| Value Indication | $129,891 |

File No.     AHH LLC

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Owner | N/A |
| Property Address | 280 Hickory Ridge Rd |
| City   Greenfield Township | County   Lackawanna   State   PA   Zip Code   18407 |
| Client   AHH LLC | |



**COMPARABLE #4**

559 Lakeland Dr
Scott Twp., PA  18447

| | |
|---|---|
| Price | $85,000 |
| Price/SF | $62.50 |
| Date | 03/24/2022 |
| Age | 72 |
| Room Count | 5-3-2.0 |
| Living Area | 1,360 |
| Value Indication | $91,300 |

**COMPARABLE #5**

Price
Price/SF
Date
Age
Room Count
Living Area

Value Indication

**COMPARABLE #6**

Price
Price/SF
Date
Age
Room Count
Living Area

Value Indication

Nasser Appraisal Service, Inc.

AHH LLC

File No.    AHH LLC

**LICENSE**



Commonwealth of Pennsylvania- Department of State
Bureau of Professional and Occupational Affairs

Mailing Address P.O. Box 2649, Harrisburg, PA 17105        Toll Free: 1-833-DOS-BPOA

**JENNIFER R BOSSICK**

| | | | |
|---|---|---|---|
| License Number | RL138901 | Initial License Date : 05/05/2003 | Expiration Date : 06/30/2027 |
| License Type | Certified Residential Appraiser | | License Status as of 5/7/2025 : Active |
| Issued By | State Board of Certified Real Estate Appraisers | | |
| Address | 210 RAYMOND DRIVE, JERMYN, PA 18433 | | |

Acting Commissioner Arion R. Claggett

Signature of Licensee

SCAN ME

Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code

Nasser Appraisal Service, Inc.



**REALTOR®**

FOUNDED 1950

# NASSER REAL ESTATE
# & APPRAISALS, INC.

## RESIDENTIAL * COMMERCIAL * INDUSTRIAL

CERTIFIEDREALESTATEAPPRAISALS &SALES
304 NORTH MAIN AVENUE SCRANTON, PA 18504
TELEPHONE: (570) 342-4115
FAX: (570) 346-8813

MEMBER:

SCRANTON BOARD OF REALTORS
GREATER SCRANTON MULTI-LIST SERVICE
PA. ASSOCIATION OF REALTORS
NATIONAL ASSOCIATION OF REALTORS
REALTORS MARKETING INSTITUTE (CRA)
JAMES K. NASSER - STATE GENERAL
CERTIFIED APPRAISER #GA-000105-L
"APPRAISAL INSTITUTE (SRA), AMERICAN
SOCIETY OF APPRAISERS (ASA), NATIONAL
ASS'N OF REVIEW APPRAISERS (CRA),
MASTERS DEGREE IN SCIENCE (MBA),
GRADUATE REALTORS INSTITUTE (GRI) &
MULTI - MILLION DOLLAR CLUB

Report Date: March 6th, 2026

AHH LLC.
25 Dundaff St.
Carbondale, PA 18407
Attn: Mr. Frank Tufano

RE:  AHH LLC.
92 Salem Ave.
Carbondale, PA 18407
Tax Pin#: 05505020001

Dear Mr. Tufano,

Pursuant to your request this appraiser has made an appraisal of the "Retrospective" Market Value of the subject property located at 92 Salem Ave., Carbondale, PA 18407, as of the effective date of this appraisal June 30th, 2024.  This is to comply with the county assessment office instructions for using comparables between 1/1/2022 and 6/30/2024. The actual property inspection date was March 3rd, 2026.

Per mutual agreement with AHH LLC. & Nasser Appraisal Services Inc., the format used is defined as a "Retrospective Appraisal Report" appraisal.  The Intended User of this appraisal is AHH LLC. The appraiser(s) have been informed of the client's Intended Use of this appraisal is for Asset Valuation for Assessment Appeal Purposes.

The methods and techniques employed to develop value opinions and conclusions contained within this "Retrospective Appraisal Report" appraisal meets all compliances and requirements set forth under Standard 2-2(a), Rule 1 of the Uniform Standards of Professional Practice, however it is subject to the Assumptions and Limiting Conditions listed in this report. This appraisal report details the information used to arrive at a conclusion of value. It can be understood by a knowledgeable reader without additional information in the work file of the appraiser.

This appraisal represents an expression of valuation based on reconciliation and investigation of pertinent data as it relates to the subject property.  The elements with the highest consideration were the condition of improvements, location, determination of its 'highest and best use' market conditions and other factors deemed applicable.

The appraisal conforms to the USPAP adopted by the Appraisal Standards Board of the Appraisal Foundation.  We have read, understand and satisfied the Competency Provision of the USPAP. Enclosed herewith is a copy of the 'Assumptions and Limiting Conditions', which are attached to and made part of this appraisal.

Final value estimate is conditioned upon this meeting all stated criteria listed under REQUIREMENTS AND CONDITIONS OF APPRAISAL.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

**Report Date: March 6th, 2026**
**"Retrospective" Market Value Effective Date: June 30th, 2024**

# "RETROSPECTIVE APPRAISAL REPORT" APPRAISAL

## OF

### AHH LLC.
### 92 Salem Ave.
### Carbondale, PA 18407
### Tax Pin#: 05505020001

Prepared for

### AHH LLC.
### 92 Salem Ave.
### Carbondale, PA 18407
### Attn: Mr. Frank Tufano

Prepared by

### NASSER APPRAISAL SERVICES, INC.
### 304 North Main Avenue
### Scranton, PA 18504

THE METHODS AND TECHNIQUES EMPLOYED TO DEVELOP VALUE OPINIONS AND CONCLUSIONS CONTAINED WITHIN THIS "RETROSPECTIVE APPRAISAL REPORT" APPRAISAL, AS WRITTEN BY JAMES K. NASSER, APPRAISAL INSTITUTE (SRA), AMERICAN SOCIETY OF APPRAISERS (ASA), NATIONAL ASS'N OF REVIEW APPRAISERS (CRA) AND MASTERS DEGREE IN SCIENCE (MBA) MEETS ALL COMPLIANCES AND REQUIREMENTS SET FORTH UNDER STANDARD 2-2(A), RULE 1 OF THE UNIFORM STANDARDS OF PROFESSIONAL PRACTICE & WAS PREPARED IN ACCORDANCE WITH THE FINANCIAL INSTITUTIONS REFORM, RECOVERY AND ENFORCEMENT ACT (FIRREA)  THIS APPRAISAL FORMAT OUTLINE IS NOT TO BE REPRODUCED, COPIED, REPRINTED, ALTERED, OR UTILIZED IN ANY MANNER WHATSOEVER, WITHOUT THE WRITTEN CONSENT OT THE AFOREMENTIONED.  COPYRIGHT © 2025 NASSER APPRAISAL SERVICE, INC. AND ITS APPRAISERS.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## TABLE OF CONTENTS

| | | |
|---|---|---|
| **CERTIFICATION STATEMENT** | **Page:** | **3** |
| **SUMMARY OF SALIENT FACTS AND CONCLUSIONS** | **Page:** | **4** |
| **ASSUMPTIONS, LIMITING CONDITIONS & STATEMENTS** | **Page:** | **5-7** |
| **COMPETENCY** | **Page:** | **7** |
| **SUBJECT PROPERTY'S SALES HISTORY** | **Page:** | **7** |
| **FINAL VALUE ESTIMATE** | **Page:** | **8-10** |
|   • **Extraordinary Assumptions** | | |
|   • **Hypothetical Conditions** | | |
| **DEFINITION OF VALUE** | **Page:** | **11** |
| **ESTIMATED MARKETING TIME AND EXPOSURE TIME** | **Page:** | **11** |
| **RECORD KEEPING RULE** | **Page:** | **12** |
| **SCOPE OF APPRAISAL** | **Page:** | **13** |
| **APPRAISAL PROCESS** | **Page:** | **14** |
|   • *Identification Of The Appraised Property* | | |
|   • *Purpose Of The Appraisal* | | |
|   • *Intended User Of The Appraisal* | | |
|   • *Intended Use Of The Appraisal* | | |
|   • *Property Rights Appraised* | | |
| **USPAP REPORTING OPTIONS** | **Page:** | **15** |
| **MARKET AREA OVERVIEW** | **Page:** | **16-23** |
|   • *Location* | | |
|   • *Neighborhood* | | |
|   • *Municipality Demographics* | | |
|   • *Municipality School District* | | |
|   • *County Demographics* | | |
| **SITE DATA** | **Page:** | **24-26** |
| **IMPROVEMENT SPECIFICATIONS** | **Page:** | **27** |
| **HIGHEST AND BEST USE ANALYSIS** | **Page:** | **28-29** |
| **METHOD OF PROCEDURE** | **Page:** | **30** |
| **COST APPROACH** | **Page:** | **31** |
| **SALES COMPARISON APPROACH** | **Page:** | **32-37** |
| **INCOME APPROACH** | **Page:** | **38** |
| **ANALYSIS OF THE THREE APPROACHES TO VALUE** | **Page:** | **39** |

**ATTACHMENTS:**
- *Subject Photographs*
- *Deed*
- *Flood Map*
- *Zoning Map*

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## CERTIFICATION STATEMENT

I, James K. Nasser, certify that to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. Note: Extraordinary assumptions were used in this appraisal & their use might have affected the assignment results.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have performed no (or the specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have conducted a personal inspection of the property that is the subject of this report.
- As of the date of this report, I, James K. Nasser, am a General Certified Appraiser in the State of Pennsylvania (PA License# GA 000105 L), which certificate expires on 6/30/2027.
- As of the date of this report, I, Jamie A. Dench, am a General Certified Appraiser in the State of Pennsylvania (PA License# GA 004782), which certificate expires on 6/30/2027.

**Respectfully Submitted,**

**James K. Nasser SRA, ASA, CRA, AACA & MBA**
**PA State Certified General Appraiser**
**PA License # GA 000105 L (Expires On 6/30/27)**
**President, Nasser Appraisal Services, Inc.**

**Respectfully Submitted,**

**Jamie A. Dench**
**PA State Certified General Appraiser**
**PA License # GA 004782**
**Expires on 6/30/2027**

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| **ADDRESS & TAX PIN #:** | **92 Salem Ave., Carbondale, PA 18407**<br>• Tax Pin #: 0550502000**1** |
| **LEGAL IDENTIFICATION:** | Deed Book: **2025**<br>Deed Page: **06208** |
| **PROPERTY TYPE:** | The Subject Property Is A Mixed-Use Residential/Office Type Property. Currently The Property Is Vacant. |
| **OWNERSHIP:** | **AHH LLC** |
| **PROPERTY RIGHTS APPRAISED:** | Fee Simple Estate |
| **SITE SIZE:** | Total - **0.10+/-Acres (4,295+/- SF)** Per CRSData |
| **IMPROVEMENT SIZE:** | **Total - *4,686+/- S.F.** (GBA)<br>*All SF Are Approximate Field Measurements |
| **ASSESSMENT:** | Land Value: $7,400 (2025) / $19,900 (2026) (All 3 Parcels)<br><u>Improvement Value: $8,600 (2025) / $131,110 (2026) (All 3 Parcels)</u><br>Value Total: $16,000 (2025) / $151,010 (2026) (All 3 Parcels)<br>Common Level Ratio Market Value Multiplied by 16.13 = **$258,080.00 (2025)** |
| **REAL ESTATE TAXES** | Total Real Estate Tax: *$4,127.68 (Estimated 2025) (Per CRSData) |
| **ZONING:** | According To The Zoning Map For The **City Of Carbondale** It Appears The Subject Is Located In **R-2 = Medium Density Residential Zoning District**, It Is Assumed This Correct & Accurate, In Addition It Is Assumed Any Purchaser Of The Subject Property Verify The Subject's Zoning District And Also That Their Intended Use Conforms With The Ordinance Provisions Of The Zoning District As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board. |
| **FLOOD ZONE:** | Subject Property Appears To Be Located In Flood **Zone X**, As Indicated On **FLOOD INSURANCE RATE MAP #:42069C0153D – DATED 8/5/2020.** It Is Recommended That Any Concerned Parties Relying On This Appraisal Report Have A Flood Certification Performed, As This Appraiser Is Not An Expert In This Field. According To FEMA, "Flood Zones Are Geographic Areas That The FEMA Has Defined According To Varying Levels Of Flood Risk.  These Zones Are Depicted On A Community's Flood Insurance Rate Map (FIRM) Or Flood Hazard Boundary Map.  Each Zone Reflects The Severity Or Type Of Flooding In The Area." |
| **ESTIMATED MARKETING PERIOD:** | Six Months |
| **HIGHEST AND BEST USE:** | The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. |
| **COST APPROACH:** | N/A |
| **SALES COMPARISON APPROACH:** | **"Retrospective"** Opinion Of Market Value = **\*$131,000.00\*** |
| **INCOME APPROACH:** | N/A |
| **FINAL OPINION VALUE:** | **"Retrospective"** Opinion Of Market Value = **\*$131,000.00\***<br>• See *Value Conditions on Page 10 |
| **EFFECT DATE OF APPRAISAL:** | June 30th, 2024 |
| **DATE OF INSPECTION:** | March 3rd, 2026 |

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton. PA 18504

## ASSUMPTIONS, LIMITING CONDITIONS & STATEMENTS

*The certification or the Appraiser appearing in the appraisal report is subject to the following assumptions and limiting conditions as are set forth by the Appraiser in this report.*

- We have no present or contemplated interest in the property appraised.
- The property is being appraised free and clear of all liens or encumbrances unless otherwise stated.
- Responsible ownership and competent property management are assumed.
- The Appraiser assumes no responsibility for matters of either a legal nature affecting the property appraised or the title thereto, nor does the Appraiser render any opinion as to the title, which is assumed to be good and marketable.
- Value is predicated upon fully marketable title insurance and clear title if fee simple.
- Some information identified in this report is being provided to us by others and is believed to be reliable. This is especially pertinent to financial projections and other assumptions furnished by the developer(s), owner(s) or their agents. Some of these projections and assumptions inevitably will not materialize or unanticipated events may occur after the date of the appraisal.
- Information gathered on comparable sales and rentals, while verified with at least one principal to the transaction, cannot be assumed to be 100% accurate. Information, estimates, and opinions furnished to the Appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished the appraiser can be assumed. Therefore, the actual results may differ from the projections and these variations could materially affect value.
- If the Cost Approach has been used, Reproduction and/or Replacement costs have been estimated utilizing accepted building cost services. However, it must be noted that even actual contractors' cost estimates are subject to wide variation, and we assume no responsibility for their accuracy.
- If the Income Approach to value has been used, our Discounted Cash Flow Analysis and/or other mathematical techniques represent a conscientious effort to analyze the performance of the property over a reasonable projection period. However, these are models based upon specific forecasts that may or may not occur. The income and expense projections were based upon our interpretation of the leases (if any), data provided by the owner and/or his representatives, and information obtained by third parties. Any significant variations could result in a significantly different value and the appraiser reserves the right to adjust the appraised value accordingly.
- This appraiser reserves the right to make modifications and value changes to the enclosed report assuming information furnished to appraiser or from and additional inspection deviates from assumptions made. Information supplied by others is assumed to be correct, but no statement is made or implied as to its accuracy by Nasser Appraisal Service, Inc., nor its representatives.
- Disclosure of the content of the appraisal report is governed by the Bylaws and Regulations of the Professional Appraisal Organizations with which the appraiser is affiliated. James Nasser, SRA, has completed continuing education courses required by the Appraisal Institute.
- An attempt has been made to obtain the financing terms of the comparable sales by contacting the buyer, mortgagee or third parties familiar with the sale. However, when such people refuse to disclose this information, some assumptions must be made based upon any available information.
- Typical property utility border easements were noted during the site inspection. No study of deed restrictions has been conducted by the appraiser. A title search would be required to provide positive assurance of the existence or absence of deed restrictions. For this appraisal, it is assumed that there are no deed restrictions or liens that would adversely affect the subject site.
- It was assumed that the utilization of the land and/or improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless noted in this report.
- Lot size has been furnished by sources deemed reliable. The appraiser recommends title examination and survey. We have taken into consideration the building and use restrictions, zoning, and other regulations applicable to the property. The dimensions and sizes of both the land and buildings as reported herein are assumed to be correct. All engineering data were assumed to be correct. Plot plans and exhibits have been included only to assist the reader in visualizing the property. Since the appraiser is not an architect, engineer or surveyor, he does not warrant this report against mathematical errors or miscalculations of building or site areas. Should such an error occur, we reserve the right to modify the value to reflect any substantial difference.

- 5 -

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton. PA 18504

- The Appraiser assumes that there are no hidden or unapparent conditions of the property, sub soil, or structures, which would render it more or less valuable. The Appraiser assumes no responsibility for such conditions, or for engineering, which might be required to discover such factors. Appraiser recommends electrical, heating, termite, flood-plane, zoning, well, septic, insulation, wetlands, physical inspections and flood, mine-cave and radon gas inspections. It is recommended a Phase I Environmental Audit be conducted, if the client so desires. It is assumed the results of this environmental site assessment would be satisfactory, in addition it is assumed that the land is of load bearing capacity to support any existing or future improvements.
- It was assumed that the property is in full compliance with all-applicable federal, state and local environmental regulations and laws unless a non-compliance is stated, defined and considered in the appraisal report. Value assumes property meets all necessary codes and requirements, including labor and industry standards.
- We are not aware of any restrictions such as moratoriums on commercial development, ground leases, master plans, historic district controls, deed covenants, environmental regulations, building costs, fire regulations, title restrictions or private agreements that would prevent the building's legal use. However, should such restrictions become evident; we reserve the right to consider their effect on the appraised value.
- It was assumed that all licenses, local codes, certificates of occupancy, consents or other legislative or administrative authority required by any local, state or national government or private utility or organization have been obtained or renewed for any use on which the value estimate contained in this report is based.
- Any distribution of the valuation in the report between land and improvements applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other appraisal and are invalid if used.
- The Appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless agreements have been previously made, therefore.
- Financing is one of the prime considerations in the purchase of real estate and while the subject property may be financed with special terms, the estimation of "Market Value" requires that current market data be used, and our value assumes market financing.
- On all appraisals subject to satisfactory completion, repairs, or alteration, the appraisal report and value conclusions are contingent upon completion of the improvements in a workmanlike manner with good quality material and labor.
- Neither all, nor any part of the contents of the report, or copy thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, references to any professional organization, or the firm with which the appraiser is connected), shall be used for any purpose by anyone but the client specified in the report, the borrower, if any appraiser fee paid by same, the mortgagee or its successors and assigns, mortgage insurers, consultants, professional appraisal organizations, any state or federally approved financial institution, any department or federally approved financial institution, any department, agency, or instrumentalities of the United States or any state or the District of Columbia, without the previous written consent of the Appraiser; nor shall it be conveyed by anyone to the public, the public by advertising, public relations, news, sales or other media, without the consent and approval or the Appraiser.
- This appraisal is for the purpose of estimating the Market Value only, and no representations or inferences are made to anyone other than the lending institution or the client recited herein.
- The market value indicated herein has been documented and well supported, although the actual sales price may vary.
- Actual selling price will vary, due to time, financing, conditions and Buyer/Seller motives. Part of this information was obtained from FHLMC Form 439 and FNMA 1004B. Conditions by Nasser Appraisal Service, Inc., are attached to and made part of this appraisal.
- Business/personal property was not included in this appraisal.
- has been prepared as closely as possible to comply with the guidelines set forth by the Uniform Standards of Professional Practice (USPAP) of the Appraisal Foundation as mandated under the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA). We have also made every attempt to adhere to the specific instructions of the engagement letter issued by the lender and included in the addenda of this report.
- The user of this report clearly understands that the appraiser was not hired to perform a feasibility study. It is generally recommended that a feasibility study be performed prior to any new construction or expansion of existing facilities. The value estimated here assumes there is a demand for the particular use.

Part of this information was contained from FHLMC Form 439 and FNMA 1004B.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## ENVIRONMENTAL IMPACT STATEMENT & RISK ISSUES TO BE RESOLVED

In this appraisal assignment, this Appraiser has not been made aware of any adverse environmental conditions that might negatively affect the subject property or surrounding properties, such as chemicals, contaminants, pollutants, carcinogens, or any other toxic substances that may have been used or stored on the subject property by current ownership or any previous occupants.

- The appraiser has made no investigation as to; soil conditions, earth settlement, deep mine voids, wetlands, natural gas easements or drilling or conditions under or near the subject property.
- This Appraiser has not been made aware of toxic waste and soil contamination, which may or may not be present on the property.
- This Appraiser has not been made aware of the existence of potentially hazardous material used in the construction or maintenance of the building, such as the presence of asbestos material, urea-formaldehyde foam insulation or lead paint.
- This appraiser has made no investigation or examinations as to the existence of radon gas, or any other harmful substances, as this appraiser is not qualified in these areas and suggests that the parties relying on this appraisal hire licensed and qualified individuals to perform such specific examinations.
- The intended user of this report must understand that some properties may have been used as methamphetamine labs. We are not experts in this area and if the client has any concerns, they can hire a professional.
  - o It should be noted that no responsibility is assumed for any materials or conditions, nor for any expertise or engineering knowledge required to discover such. **A Phase I Environmental Site Assessment** is recommended by any new potential purchaser.

IT IS RECOMMENDED THAT A PHASE I ENVIRONMENTAL AUDIT BE PERFORMED, IF THE CLIENT SO DESIRES. IT IS ASSUMED THE RESULTS OF THIS ENVIRONMENTAL SITE ASSESSMENT WOULD BE SATISFACTORY, IN ADDITION IT IS ASSUMED THAT THE LAND IS OF LOAD BEARING CAPACITY TO SUPPORT ANY EXISTING OR FUTURE IMPROVEMENTS.

## COMPETENCY

The Appraiser in accepting this assignment has provided a set of standard qualifications to the lender or the parties requesting the valuation. The appraiser has made numerous appraisals of this type of property and has accepted appraisal assignments in the location of the property on a continual basis. The appraiser is experienced and qualified to carry out this valuation and will act competently in this assignment.

## PREVIOUS THREE (3) YEAR SALES HISTORY

To the best of our knowledge, on the date of this appraisal, the subject property was most recently sold to the current owner on April 25, 2025, for $255,000. The Subject was listed on Local MLS (MLS#25-138) and marketed by Ron Wilson of Century 21 Signature Properties. The Subject spent a cumulative of 61 days on the market. The transaction appears to be an arms-length transaction between well-informed, reasonable parties.

## CURRENT SALES OFFERINGS, AGREEMENTS OF SALE & LEASE LISTINGS

To the best of our knowledge, on the date of this appraisal, the subject property is not being sold or being offered for lease or rental.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## THE *"RETROSPECTIVE"* OPINION OF MARKET VALUE
## IN THIS APPRAISAL REPORT IS CONDITIONED ON THE STATEMENTS & "EXTRAORDINARY ASSUMPTIONS" DEFINED BELOW.

THE USER OF THIS REPORT SHOULD FULLY UNDERSTAND THIS APPRAISER HAS MADE THE FOLLOWING EXTRAORDINARY ASSUMPTIONS & THEIR USE MIGHT HAVE AFFECTED THE ASSIGNMENT RESULTS. HOWEVER, THEIR USE WAS DETERMINED NECESSARY IN THIS APPRAISAL ASSIGNMENT FOR THE DEVELOPMENT OF CREDIBLE VALUE OPINIONS & CONCLUSIONS, INCLUDING THE FOLLOWING.

I.  THIS APPRAISER HAS RELIED ON REAL TAX INFORMATION, ASSESSMENT DATA & ZONING INFORMATION, WHICH WAS OBTAINED FROM THE OVERSEEING GOVERNMENTAL OFFICES OR THEIR PUBLISHED RECORDS, THEREFORE IT IS ASSUMED THIS INFORMATION IS ACCURATE AND CORRECT.

II.  THIS APPRAISER ASSUMES ALL MECHANICAL SYSTEMS, SUCH AS HEATING, PLUMBING AND ELECTRICAL, ARE FUNCTIONING PROPERLY WITH NO HIDDEN DEFECTS. NOTE: THIS APPRAISER IS NOT A PROFESSIONAL BUILDING INSPECTOR OR ENGINEER. THEREFORE, IT IS HIGHLY RECOMMENDED A FULL BUILDING INSPECTION BE PERFORMED, THUS IT IS ASSUMED THE RESULTS OF A FULL BUILDING INSPECTION WOULD BE SATISFACTORY OR THE SUBJECT'S MARKET VALUE WOULD BE ADVERSELY AFFECTED.

III.  IT IS RECOMMENDED THAT ANY CONCERNED PARTIES RELYING ON THIS APPRAISAL REPORT HAVE A FLOOD CERTIFICATION PERFORMED, AS THIS APPRAISER IS NOT AN EXPERT IN THIS FIELD. ACCORDING TO FEMA, "FLOOD ZONES ARE GEOGRAPHIC AREAS THAT THE FEMA HAS DEFINED ACCORDING TO VARYING LEVELS OF FLOOD RISK". THESE ZONES ARE DEPICTED ON A COMMUNITY'S FLOOD INSURANCE RATE MAP (FIRM) OR FLOOD HAZARD BOUNDARY MAP. EACH ZONE REFLECTS THE SEVERITY OR TYPE OF FLOODING IN THE AREA".

IV.  THE USER OF THIS REPORT MUST FULLY UNDERSTAND THIS APPRAISER HAS MADE AN APPRAISAL OF THE SUBJECT PROPERTY'S "SURFACE RIGHTS". NO EXAMINATION HAS BEEN COMPLETED REGARDING THE SUBJECT'S MINERAL RIGHTS BELOW THE SURFACE, SUCH AS COAL, NATURAL GAS, OIL OR OTHER. IT IS RECOMMENDED THAT ANY CONCERNED PARTIES RELYING ON THIS APPRAISAL HAVE THEIR ATTORNEY VERIFY WHO HOLDS OWNERSHIP OF THE SUBJECT PROPERTY'S MINERAL RIGHTS AS THIS APPRAISER IS NOT EXPERT IN THE TITLE SEARCH FIELD. HOWEVER, THIS APPRAISER MAKES THE "EXTRAORDINARY ASSUMPTION" ANY FUTURE EXTRACTION OF MINERALS THAT ARE PRESENT BELOW THE SURFACE WILL NOT DISTURB THE SURFACE RIGHTS IN ANYWAY.

V.  THIS APPRAISER IS NOT AN ENVIRONMENTAL PROFESSIONAL, THEREFORE HAS MADE THE FOLLOWING "EXTRAORDINARY ASSUMPTIONS".

❖  IT IS ASSUMED THE RESULTS OF A PHASE I ENVIRONMENTAL SITE AUDIT WOULD BE SATISFACTORY, HOWEVER IF THE RESULTS FROM PHASE I ENVIRONMENTAL SITE AUDIT INDICATES ANY POSSIBLE CONTAMINATION, IT IS RECOMMENDED A PHASE II ENVIRONMENTAL SITE AUDIT BE PERFORMED.

❖  IT IS ASSUMED THE RESULTS OF AN APPROVED DEPARTMENT OF ENVIRONMENTAL PROTECTION "DIVISION OF STORAGE TANKS" CERTIFIED INSPECTION OF ALL UNDERGROUND FUEL STORAGE TANKS, PLUMBING, PUMPS & RELATED MECHANICAL SYSTEMS IS PERFORMED & THE RESULTS OF THESE INSPECTIONS ARE ASSUMED WOULD BE SATISFACTORY.

❖  IT IS ASSUMED THAT THE LAND IS OF ADEQUATE LOAD BEARING STRENGTH AND CAPACITY, IN ADDITION IT IS ASSUMED NO ADVERSE SOIL CONDITIONS, EARTH SETTLEMENT, DEEP MINE VOIDS, OR ANY OTHER ADVERSE CONDITIONS EXIST UNDER OR NEAR THE SUBJECT PROPERTY.

❖  IT IS ASSUMED THERE ARE NO NATURAL GAS OR MINERAL EASEMENTS THAT NEGATIVELY AFFECT THE SUBJECT PROPERTY.

IN NOVEMBER 1999, THE GRAMM LEACH-BLILEY ACT WAS SIGNED INTO LAW. THE GLB ACT HAS BROUGHT MANY MODIFICATIONS TO THE WAY FINANCIAL INSTITUTIONS CONDUCT BUSINESS. THE GLB ACT REQUIRES THAT ALL FINANCIAL INSTITUTIONS, IN ORDER TO PROTECT THE CONFIDENTIALITY OF ITS CUSTOMERS, HAVE WRITTEN AGREEMENTS WITH THIRD PARTY AFFILIATES.

THE REAL ESTATE MARKET HAS BEEN CONTINUOUSLY CHANGING. THE USER OF THIS REPORT MUST UNDERSTAND THAT ALMOST MONTHLY THERE ARE PEAKS AND TROUGHS IN THE GENERAL ECONOMY, INCLUDING INTERNATIONAL FACTORS THAT AFFECTS THE LOCAL MARKET. VALUATION IS FOR THIS DATE ONLY, AND ANY FUTURE CIRCUMSTANCES MAY INFLUENCE MARKET VALUE.

THE FINAL OPINION OF MARKET VALUE DEFINED IN THIS APPRAISAL REPORT IS PREDICATED UPON THERE NOT BEING ANY ADVERSE CONDITIONS RELATIVE TO THE "EXTRAORDINARY ASSUMPTIONS" LISTED IN THIS REPORT. THE USER OF THIS REPORT MUST FULLY UNDERSTAND THE VALUE WOULD DIMINISH.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## THE *"RETROSPECTIVE"* OPINION OF MARKET VALUE
## IN THIS APPRAISAL REPORT IS CONDITIONED ON THE STATEMENTS &
## "EXTRAORDINARY ASSUMPTIONS" DEFINED BELOW.

THE USER OF THIS REPORT SHOULD FULLY UNDERSTAND THIS APPRAISER HAS MADE THE FOLLOWING EXTRAORDINARY ASSUMPTIONS & THEIR USE MIGHT HAVE AFFECTED THE ASSIGNMENT RESULTS. HOWEVER, THEIR USE WAS DETERMINED NECESSARY IN THIS APPRAISAL ASSIGNMENT FOR THE DEVELOPMENT OF CREDIBLE VALUE OPINIONS & CONCLUSIONS, INCLUDING THE FOLLOWING.

THE OPINION OF MARKET VALUE DEFINED IN THIS APPRAISAL REPORT IS PREDICATED UPON THERE NOT BEING ANY ADVERSE CONDITIONS RELATIVE TO THE "EXTRAORDINARY ASSUMPTIONS" LISTED IN THIS REPORT. THE USER OF THIS REPORT MUST FULLY UNDERSTAND THE VALUE WOULD DIMINISH.

THE SUBMISSION OF THIS REPORT CONSTITUTES THE COMPLETION OF THE SERVICES AUTHORIZED. IT IS SUBMITTED ON THE CONDITION THAT THE CLIENT WILL PROVIDE REASONABLE NOTICE AND CUSTOMARY COMPENSATION, INCLUDING EXPERT WITNESS FEES, RELATING TO ANY SUBSEQUENT REQUIRED ATTENDANCE AT CONFERENCES, DEPOSITIONS, AND JUDICIAL OR ADMINISTRATIVE PROCEEDINGS. IN THE EVENT THE APPRAISER IS SUBPOENAED FOR AN APPEARANCE OR A REQUEST TO PRODUCE DOCUMENTS, A BEST EFFORT WILL BE MADE TO NOTIFY THE CLIENT IMMEDIATELY. THE CLIENT HAS THE SOLE RESPONSIBILITY FOR OBTAINING A PROTECTIVE ORDER, PROVIDING LEGAL INSTRUCTION NOT TO APPEAR WITH THE APPRAISAL REPORT AND RELATED WORK FILES, AND WILL ANSWER ALL QUESTIONS PERTAINING THE ASSIGNMENT, THE PREPARATION OF THE REPORT, AND THE REASONING USED TO FORMULATE THE ESTIMATE OF VALUE. UNLESS PAID IN WHOLE OR IN PART BY THE PARTY ISSUING THE SUBPOENA OR BY ANOTHER PARTY OF INTEREST IN THE MATTER, THE CLIENT IS RESPONSIBLE FOR ALL UNPAID FEES RESULTING FROM THE APPEARANCE OR PRODUCTION OF DOCUMENTS REGARDLESS OF WHO ORDERS THE WORK.

IT IS EXPRESSLY ACKNOWLEDGED THAT IN ANY ACTION OR SUIT WHICH MAY BE BROUGHT AGAINST NASSER APPRAISAL SERVICE, INC, ITS OFFICERS OR EMPLOYEES ARISING OUT OF, RELATING OR IN ANY WAY PERTAINING TO THIS ENGAGEMENT, THE APPRAISAL REPORT OR ANY ESTIMATES OR INFORMATION CONTAINED THEREIN, NASSER APPRAISAL SERVICE, INC.., , ITS OFFICERS AND EMPLOYEES SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES OR LOSSES UNLESS SUCH LOSSES OR DAMAGES ARE SOLELY AND DIRECTLY RESULTING FROM GROSS NEGLIGENCE IN THE PREPARATION OF THE APPRAISAL REPORT. IN ANY EVENT, ITS/THEIR COLLECTIVE LIABILITY IN ANY SUCH ACTION OR SUIT SHALL NOT EXCEED THE FEES PAID FOR THE PREPARATION OF THE APPRAISAL REPORT. IT IS ACKNOWLEDGED THAT THE FEES CHARGED HEREIN ARE IN RELIANCE UPON THE FOREGOING LIMITATIONS OF LIABILITY.

JURISDICTION AND VENUE FOR ANY DISPUTE OR CLAIM WHICH MAY ARISE OUT OF, OR RELATE TO, THIS ENGAGEMENT, THE APPRAISAL REPORT OR ANY ESTIMATES OR INFORMATION CONTAINED THEREIN, SHALL LIE EXCLUSIVELY IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY IN THE COMMONWEALTH OF PENNSYLVANIA.

ACCEPTANCE OR USE OF THIS REPORT CONSTITUTES AGREEMENT BY THE CLIENT AND ANY OTHER USERS THAT ANY LIABILITY FOR ERRORS, OMISSIONS OR JUDGMENT OF THE APPRAISER IS LIMITED TO THE AMOUNT OF THE FEE CHARGED FOR THE APPRAISAL.

THE FINAL OPINION OF MARKET VALUE DEFINED IN THIS APPRAISAL REPORT IS PREDICATED UPON THERE NOT BEING ANY ADVERSE CONDITIONS RELATIVE TO THE "EXTRAORDINARY ASSUMPTIONS" LISTED IN THIS REPORT. THE USER OF THIS REPORT MUST FULLY UNDERSTAND THE VALUE WOULD DIMINISH.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## FINAL VALUE ESTIMATE

**AS A RESULT OF OUR INVESTIGATION AND ANALYSIS, SOME OF WHICH IS DESCRIBED IN THIS REPORT, IT IS IN OUR OPINION, AS OF JUNE 30th, 2024 THE _"RETROSPECTIVE" OPINION OF MARKET VALUE_ OF THE SUBJECT PROPERTY IS:**

## * ONE HUNDRED & THIRTY-ONE THOUSAND DOLLARS
### *$131,000.00

* This Appraiser Is Not A Certified Building Inspector, Therefore, A Full Building Inspection Is Recommended As Any Defects Would Negatively Impact The Value. Additionally, It Appears That The Property Is Not Located In A Flood Plain. However, It Is Recommended That Any User Of This Report Get A Flood Certification. Square Footage Measurements Are Field Estimations, If The Owner Or User Requires Exact Measurements, A Professional Survey Or Building Inspection Is Recommended. It Is Assumed That Property Meets All Codes, Including Occupancy And Building Permits. If The Results Of The Preceding Conditions Are Not Satisfactory, The Appraiser Has The Right To Adjust The Value. Finally, The User Of This Report Or Potential Purchaser Must Have A Thorough Discussion With The Appropriate Zoning Officer Regarding Permitted Uses Of The Subject As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board.

THE USER OF THIS REPORT MUST FULLY UNDERSTAND THAT THIS APPRAISAL REPORT CAN'T BE COMPLETELY UNDERSTOOD WITHOUT FULLY UNDERSTANDING, THE FOLLOWING;

➤ *THE "RETROSPECTIVE" OPINION OF MARKET VALUE IS CONDITIONED ON THE ASSUMPTIONS, LIMITING CONDITIONS & STATEMENTS AND "EXTRAORDINARY" ASSUMPTIONS DEFINED ON PAGE 8, 9 & 10 OF THIS APPRAISAL REPORT.

➤ *THE "RETROSPECTIVE" OPINION OF MARKET VALUE IS CONDITIONED ON THE ABOVE STATED ASSUMPTIONS, LIMITING CONDITIONS & STATEMENTS DEFINED ON PAGES 3, 4 & 5 OF THIS APPRAISAL REPORT.

¹ 2025 USPAP PUBLISHED BY THE APPRAISAL FOUNDATION / DEFINITIONS
EXTRAORDINARY ASSUMPTION ¹¹⁸: an assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal or economic characteristics of the subject property or about conditions external to the property, such as market conditions or trends, or about integrity of data used in an analysis.
¹ 2025 USPAP PUBLISHED BY THE APPRAISAL FOUNDATION / DEFINITIONS
HYPOTHETICAL CONDITION ¹²⁴: a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.
Extraordinary Assumptions - Page 8 & 9.
Hypothetical Conditions - None Noted

Respectfully Submitted,                                        Respectfully Submitted,

James K. Nasser SRA, ASA, CRA, AACA & MBA          Jamie A. Dench
PA State Certified General Appraiser                         PA State Certified General Appraiser
PA Lic # GA 000105 L (Expires On 6/30/2027)            PA Lic # GA 004782
President, Nasser Appraisal Services, Inc.                   (Expires on 6/30/2027)

AHH LLC.                                                                      Nasser Appraisal Services Inc.
92 Salem Ave.                                                                304 North Main Avenue
Carbondale, PA 18407                                                         Scranton, PA 18504

## DEFINITION OF VALUE

A current definition of Market Value as cited in USPAP Advisory Opinion 22 (AO-22) is:[2]
The most probable price which a property should bring in a competitive and open market under all
conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and
assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a
sale as if a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated.
- Both parties are well informed or well advised and acting in what they consider their own best
  interests.
- A reasonable time is allowed for exposure in the open market.
- Payment is made in terms of cash in U. S. dollars or in terms of financial arrangements
  comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or
  creative financing or sales concessions granted by anyone associated with the sale.

*According to USPAP Advisory Opinion 22,* this definition is from regulations published by federal
regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement
Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC),
the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This
definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7,
1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

## ESTIMATED MARKETING TIME AND EXPOSURE TIME

The subject property's estimate of exposure time/marketing period was based on exposure times of
comparable sales & interviews with active participants in the local commercial real estate market,
therefore this appraiser's opinion of market value for the subject property could be achieved with an
exposure time of ***Six Months***. Furthermore, it is our opinion that a sale could be consummated at the
present opinion of market value stated herein within a ***Six-Month*** marketing period of the effective date
of this appraisal.

*Exposure Time assumes that:*[3]
- **The subject property would sell at the appraised value(s) as of the effective date(s) of the appraisal.**
- **The subject property was on the market for a reasonable time prior to the date of value and the terms of sale are
  typical of other properties of its type within the subject's marketplace.**

---

[2] **2025 USPAP PUBLISHED BY THE APPRAISAL FOUNDATION / DEFINITIONS**
VALUE [172]: the monetary relationship between properties and those who buy, sell, or use those properties. Comment: Value expresses an
economic concept. As such, it is never a fact but always an opinion of the worth of a property at a given time in accordance with a specific
definition of value. In appraisal practice, value must always be qualified for example, market value, liquidation value, investment value.
[3]ibid.
[4] **2025 USPAP PUBLISHED BY THE APPRAISAL FOUNDATION / DEFINITIONS**
EXPOSURE TIME [114]: estimated length of time that the property interest being appraised would have been offered on the market prior to the
hypothetical consummation of sale at market value on the effective date of the appraisal.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## RECORD KEEPING RULE[1]

An appraiser must prepare a workfile for each appraisal or appraisal review assignment. A workfile must be in existence prior to the issuance of any report. A written summary of an oral report must be added to the workfile within a reasonable time after the issuance of the oral report.

The workfile must include:

- the name of the client and the identity, by name or type, of any other intended users.
- true copies of all written reports, documented in any type of media. (A true copy is a replica of the report transmitted to the client. A photocopy or an electronic copy of the entire report transmitted to the client satisfies the requirement of a true copy.);
- summaries of all oral reports or testimony, or a transcript of testimony, including the appraiser's signed and dated certification.
- all other data, information, and documentation necessary to support the appraiser's opinions and conclusions and to show compliance with USPAP, or references to the location(s) of such other data, information, and documentation; and
- a workfile in support of a Restricted Appraisal Report must be sufficient for the appraiser to produce an Appraisal Report.

An appraiser must retain the workfile for a period of at least five years after preparation or at least two years after final disposition of any judicial proceeding in which the appraiser provided testimony related to the assignment, whichever period expires last.

An appraiser having custody of a workfile must allow other appraisers with workfile obligations related to an assignment appropriate access and retrieval for the purpose of:

- submission to state appraiser regulatory agencies.
- compliance with due process of law.
- submission to a duly authorized professional peer review committee; or
- compliance with retrieval arrangements.

Comment  A workfile must be made available by the appraiser when required by a state appraiser regulatory agency or due process of law.

An appraiser who willfully or knowingly fails to comply with the obligations of this RECORD KEEPING RULE is in violation of the ETHICS RULE.

[1] **USPAP 2025 Edition Pg. 10**

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## SCOPE OF APPRAISAL

**SCOPE OF WORK RULE** [1]**:**

For each appraisal, appraisal review, and appraisal consulting assignment, an appraiser must:

> ➢ *identify the problem to be solved.*
> ➢ *determine and perform the scope of work necessary to develop credible assignment results; and*
> ➢ *disclose the scope of work in the report.*

An appraiser must properly identify the problem to be solved to determine the appropriate scope of work. The appraiser must be prepared to demonstrate that the scope of work is sufficient to produce credible assignment results.

***PROBLEM IDENTIFICATION:***

An appraiser must gather and analyze information about those assignment elements that are necessary to properly identify the appraisal, appraisal review or appraisal consulting problems to be solved.

***SCOPE OF WORK ACCEPTABILITY:***

o  *The scope of work must include the research and analyses that are necessary to develop credible assignment results.*
o  *An appraiser must not allow assignment conditions to limit the scope of work to such a degree that the assignment results are not credible in the context of the intended use.*
o  *An appraiser must not allow the intended use of an assignment or a client's objectives to cause the assignment results to be biased.*

**DISCLOSURE OBLIGATIONS:**

The report must contain sufficient information to allow intended users to understand the scope of work performed.

[1] **USPAP 2025, Edition. The Appraisal Foundation. Pgs. 12**

***IN PREPARING THIS APPRAISAL WE HAVE:***

- *Made a complete physical interior & exterior inspection of the property on* __*March 3*[rd]__*, 2026*
- *Researched public records for assessment and historical sales information pertaining to the subject property.*
- *Analyzed income and expense information provided by the owner or other sources cited in this report, if applicable.*
- *Researched demographics and other data affecting the area and neighborhood. Among our sources of information that we referenced were properties that we have previously appraised in the area, relevant publications, periodicals, U.S. Census data, and other reference material.*
- *Researched pertinent neighborhood data, comparable listings, comparable rentals, and comparable sales.*
- *Gathered comparable improved sales, comparable listings, comparable rentals, comparable expenses, etc. from similar neighborhoods and/or previous appraisals that we have made on similar properties.*
- *Analyzed the current real estate market and trends for the subject's property type, particularly in the subject's market area.*

***IN PREPARING OUR WRITTEN REPORT WE HAVE:***

- *Identified the property by tax identification number and deed references.*
- *Considered the purpose and intended use of the appraisal.*
- *Prepared a brief history of the property.*
- *Stated the current definition of market value and exposure time.*
- *Determined the property rights being appraised as the Fee Simple Estate in the property.*
- *Discussed and analyzed to the extent appropriate, the demographic data in the area surrounding the subject, including population characteristics, employment data, income characteristics, school district, and other amenities.*
- *Described the neighborhood surrounding the subject, including highway access and the location and uses of notable properties.*
- *Discussed and analyzed the physical attributes of the subject site.*
- *Discussed and analyzed the physical attributes of the subject building(s).*
- *Analyzed the Highest and Best Use of the site.*
- *Analyzed and discussed the reasoning for choosing the most applicable approach or approaches in determining the value for the subject property.*
- *Considered all three approaches to value and determined which approach or approaches were applicable, given the nature of the assignment and the characteristics of the subject property.*
- *Thoroughly discussed and documented our value conclusions by the applicable approach and or approaches*
- *Analyzed and discussed the Reconciliation of the applicable approaches and final conclusions of values.*
- *Stated the Assumptions and Limiting Conditions upon which this report was based.*

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## APPRAISAL PROCESS

### *Identification Of The Appraised Property*

The Property Being Appraised Is Located at **92 Salem Ave., Carbondale, PA 18407**. It Is Identified By Lackawanna County Tax Records As; Tax Pin #s: **05505020001**. The Property Being Appraised Is A Mixed-Use Residential/Office Type Property. Currently The Property Is Vacant.

### *Purpose Of The Appraisal*

The purpose of this appraisal is to estimate the " RETROSPECTIVE " OPINION OF MARKET VALUE of the property interest(s) specified in this report as of **June 30th, 2024**, the effective date of this appraisal. The "as is" value in this appraisal is defined as the " RETROSPECTIVE " OPINION OF MARKET VALUE of the property as it actually exists on the date of the appraisal, with no contingencies. The appraised value assumes that if the property were sold, it would be sold in its existing condition, subject only to the Statements, Assumptions & Limiting Conditions (pages 3, 5, 6 & 7 of appraisal report) & Extraordinary Assumptions & Hypothetical Conditions if used (pages 8, 9 & 10 of appraisal report).

### *Intended User Of The Appraisal*
AHH LLC.

### *Intended Use Of The Appraisal*

The appraiser has been engaged by AHH LLC., the client for this appraisal and also the intended user. The appraiser(s) have been informed that the appraisal will be used for the sole purpose of assisting the client in determining Market Value for Asset Valuation for Assessment Appeal Purposes. Therefore, the intended use of this appraisal is to assist our client, AHH LLC., in the determination of market value for Asset Valuation for Assessment Appeal Purposes.

### *Property Rights Appraised*

The Property Rights Being Appraised Consist Of The Fee Simple Estate Of The Subject Property.

Under fee simple estate the property rights appraised are in fee simple title ownership, assuming no liens or encumbrances other than normal covenants and restrictions of record such as zoning and real estate taxes. As defined in the thirteenth edition of The Appraisal of Real Estate as published by the Appraisal Institute, fee simple title means absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. This would typically be the property rights addressed when appraising, for instance, a **Mixed-Use Commercial/Residential Type Property**.

### Personal Property is excluded from this Appraisal:

Any movable equipment, furnishings, and fixtures necessary to the operation of this property were not included in the value of the real estate. If necessary to the operation of the real estate as a hotel, personal care residence, etc., and a value is required by the client, the personal property has been allocated separately.

### Personal property is defined as follows:

Personal property is, generally, movable items - that is, those not permanently affixed to any part of the real estate. Thus, personal property is not endowed with the rights of real property ownership. Examples of personal property are furniture and furnishings that are not built into the structure, such as refrigerators and freestanding shelves.[5]

[4]*The Appraisal of Real Estate, 13th. Edition* (Appraisal Institute, Chicago, Il., 2008), p. 114 - [5]*ibid.*, p. 7

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## USPAP REPORTING OPTIONS

To develop the opinion of value as per the request of our client **AHH LLC.**, the appraiser performed a complete appraisal in **Appraisal Report Format** according to the guidelines set forth below by the 2025 edition of the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation.

## ADVISORY OPINION 38
## STANDARDS RULES 2-2 REPORT COMPARISON CHART:

The essential difference between the two options is in the use and application of the terms "state" and "summarize." "State" is used to connote a minimal presentation of information. "Summarize" is used to connote an expanded presentation of information.

| | (a) Appraisal Report | (b) Restricted Appraisal Report |
|---|---|---|
| i. | state the identity of the client and any intended users, by name or type; | state the identity of the client by name or type; and state a prominent use restriction that limits use of the report to the client and warns that the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without additional information in the workfile; |
| ii. | state the intended use of the appraisal; | state the intended use of the appraisal; |
| iii. | summarize information sufficient to identify the real estate or personal property involved in the appraisal, including the physical and economic property characteristics relevant to the assignment; | state information sufficient to identify the real estate or personal property involved in the appraisal; |
| iv. | state the property interest appraised; | state the property interest appraised; |
| v. | state the type and definition of value and cite the source of the definition; | state the type and definition of value and cite the source of the definition; |
| vi. | state the effective date of the appraisal and the date of the report; | state the effective date of the appraisal and the date of the report; |
| vii. | summarize the scope of work used to develop the appraisal; | state the scope of work used to develop the appraisal; |
| viii. | summarize the information analyzed, the appraisal methods and techniques employed, and the reasoning that supports the analyses, opinions, and conclusions; exclusion of the sales comparison approach, cost approach, or income approach must be explained; | state the appraisal methods and techniques employed, state the value opinions(s) and conclusions(s) reached and reference the workfile; exclusion of the sales comparison approach, cost approach, or income approach must be explained; |
| ix. | state the use of the property existing as of the date of value and the use of the real estate or personal property reflected in the appraisal; | state the use of the property existing as of the date of value and the use of the real estate or personal property reflected in the appraisal; |
| x. | when an opinion of highest and best use or the appropriate market or market level was developed by the appraiser, summarize the support and rationale for that opinion; | when an opinion of highest and best use or appropriate market or market level was developed by the appraiser, state that opinion; |
| xi. | Clearly and conspicuously.<br>• state all extraordinary assumptions and hypothetical conditions; and<br>• state that their use might have affected the assignment results | Clearly and conspicuously.<br>• state all extraordinary assumptions and hypothetical conditions; and<br>• state that their use might have affected the assignment results…" |
| xii. | include a signed certification in accordance with the Standards Rule 2-3 | include a signed certification in accordance with the Standards Rule 2-3 |

[2]USPAP Advisory Opinion 38 2025 Edition Pg. 172, the Appraisal Foundation, A-24

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## MARKET AREA OVERVIEW

The subject property is located at 92 Salem Ave. in the City of Carbondale, County of Lackawanna, State of PA.

The property's site is accessible from Salem Ave. at the front of the building & Washington St. via a driveway leading to the attached garage. Carbondale offers a commercial real estate market characterized by affordability and strategic access to major Northeast interstates, presenting opportunities for a variety of business types. Located in Lackawanna County, part of Northeastern Pennsylvania (NEPA), an area known for its proximity and quick access to major metropolitan areas like New York City and Philadelphia via a robust interstate system (I-81, I-84, I-380, I-476). This connectivity makes it an appealing location for businesses requiring efficient logistics and distribution. Major companies such as Amazon.com, The Home Depot, and TJ Maxx already have operations in the broader NEPA region. The commercial real estate market in Carbondale is generally more affordable compared to nearby cities and the broader county average, with a lower price per square foot. This makes it an attractive entry point for investors and small business owners.

Architecture and design are typical of buildings in the area. Maintenance and appeal levels are fair. Marketability, rentability and market value of the properties appear to be fair. The market supply of this type of property is balanced, and the subject market demand is fair, therefore, the marketability of this type of property is fair. Social economic, governmental, physical and financial factors are average. No inharmonious uses were observed.



Source = BingMaps

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## MUNICIPALITY- CARBONDALE, PENNSYLVANIA

*Municipality Information Below Obtained From Wikipedia.com*

Carbondale is a city in Lackawanna County, Pennsylvania, United States. Carbondale is located approximately 15 miles due northeast of the city of Scranton in Northeastern Pennsylvania. The population was 8,828 at the 2020 census. The land area that became Carbondale was developed by William and Maurice Wurts, the founders of the Delaware and Hudson Canal Company, during the rise of the anthracite coal mining industry in the early 19th century. It was also a major terminal of the Delaware and Hudson Railroad. Carbondale was the site of the first deep vein anthracite coal mine in the United States, and was the site of the Carbondale mine fire which burned from 1946 to the early 1970s.

Like many other cities and towns in the region, Carbondale has struggled with the demise of the once-prominent coal mining industry that had once made the region a haven for immigrants seeking work so many decades ago. Immigrants from Wales, England, Scotland, Ireland, Italy and from throughout continental Europe came to Carbondale in the course of the nineteenth and early-twentieth centuries to work in the anthracite and railroading industries. Carbondale is 92.2 miles (148.4 km) north of Allentown and 130.8 miles (210.5 km) northwest of New York City.

**Geography** - According to the United States Census Bureau, Carbondale has a total area of 3.2 square miles (8.3 km2), all land.

## Adjacent Municipalities

- Childs
- White's Crossing
- Simpson

**Demographics** - As of the 2020 United States census, there were 8,828 people and 3,905 households residing in the city. The population density was 2,758.8 people per square mile (1,063.6/km2). There were 4,214 housing units at an average density of 1,317 per square mile (507.7/km2). The racial makeup of the city was 87.8% White, 2.2% African American, 0.3% Native American, 0.5% Asian, 3.0% from other races, and 6.2% from two or more races. Hispanic or Latino of any race were 7.2% of the population. There were 3,905 households, out of which 19.3% had children under the age of 18 living with them, 19.2% had a male householder with no spouse present, 38.4% had a female householder with no spouse present. The average family size was 2.65.

In the city, the population was spread out, with 19.3% under the age of 18, 57% from 18 to 64, and 23.7% who were 65 years of age or older. The median age was 44.2 years. The median income for a household in the city was $42,618, and the median income for a family was $55,043. About 24.8% of the population were below the poverty threshold, including 46.7% of those under age 18 and 15.7% of those age 65 or over.

## Transportation

**Highway**- U.S. Business Route 6 runs down Main Street, Carbondale, as the main highway through the city. Recently completed after years of highly visible construction, the four-lane Robert P. Casey Memorial Highway U.S. Route 6 runs from Interstate 81 near Scranton north past Carbondale with interchanges outside, but close to, the city limits.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

**Rail** - As the city responsible for the importation of America's first steam locomotive, the Stourbridge Lion in 1829, Carbondale was once a main terminus of the Delaware and Hudson Railway. It was also served by the Erie Railroad and the New York, Ontario and Western Railway. Today Carbondale is served by the Pennsylvania Northeast Regional Railroad Authority and its designated-operator Delaware-Lackawanna Railroad on a single remaining D&H mainline track running to Scranton, now called the Carbondale Mainline. Steamtown National Historic Site on occasion provides excursion trains originating from the Scranton Yard to the Carbondale Station for special events.

**Bus** - Carbondale is served by the County of Lackawanna Transit System (COLTS).

**Local transportation** - Carbondale is served by the #52 and #82 lines, run by COLTS bus.

**Media** - WCDL-AM 1440 has served the area since 1950. Co-owned WTRW broadcasts on 94.5 FM.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COUNTY- LACKAWANNA COUNTY

*County Information Below Obtained From Wikipedia.com*

Lackawanna County is a county in the U.S. state of Pennsylvania. As of the 2010 census, the population was 214,437. Its county seat as well as its largest city is Scranton. The county was created on August 13, 1878, from part of Luzerne County and is Pennsylvania's most recently established county. It is named for the Lackawanna River.

Lackawanna County is included in the Scranton—Wilkes-Barre—Hazleton, PA Metropolitan Statistical Area ("Wyoming Valley"). It lies northwest of the Poconos.

**Geography**- According to the U.S. Census Bureau, the county has a total area of 465 square miles (1,204.3 km2), of which 459 square miles (1,188.8 km2) is land and 6 square miles (15.5 km2) (1.27%) is water.

## Adjacent Counties

- Susquehanna County (north)
- Wayne County (east)
- Monroe County (southeast)
- Luzerne County (southwest)
- Wyoming County (west)

### *Surrounding Counties Map*



*Source of above map = = http://geology.com/county-map/pennsylvania.shtml*

The racial makeup of the county was 96.65% White, 1.21% Black or African American, 0.09% Native American, 0.75% Asian, 0.01% Pacific Islander, 0.53% from other races, and 0.66% from two or more races. 1.39% of the population were Hispanic or Latino of any race. 22.5% were of Italian, 21.2% Irish, 15.4% Polish and 10.2% German ancestry according to Census 2000.

There were 86,218 households out of which 27.20% had children under the age of 18 living with them, 48.90% were married couples living together, 11.80% had a female householder with no husband present, and 35.30% were non-families. 31.30% of all households were made up of individuals and 15.70% had someone living alone who was 65 years of age or older. The average household size was 2.38 and the average family size was 3.00.

In the county, the population was spread out with 21.80% under the age of 18, 8.90% from 18 to 24, 26.40% from 25 to 44, 23.50% from 45 to 64, and 19.50% who were 65 years of age or older. The median age was 40 years. For every 100 females there were 89.30 males. For every 100 females age 18 and over, there were 85.40 males.

| Year | Population | Change |
|------|------------|--------|
| 1890 | 142,088 | 59.2% |
| 1900 | 193,831 | 36.4% |
| 1910 | 259,570 | 33.9% |
| 1920 | 286,311 | 10.3% |
| 1930 | 310,397 | 8.4% |
| 1940 | 301,243 | −2.9% |
| 1950 | 257,396 | −14.6% |
| 1960 | 234,531 | −8.9% |
| 1970 | 234,107 | −0.2% |
| 1980 | 227,908 | −2.6% |
| 1990 | 219,039 | −3.9% |
| 2000 | 213,295 | −2.6% |
| 2010 | 214,437 | 0.5% |
| 2012 | 214,477 | 0.0% |

- 20 -

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

# Municipalities

Under Pennsylvania law, there are four types of incorporated municipalities: cities, boroughs, townships, and, in the case of Bloomsburg, towns. The following cities, boroughs and townships are located in Luzerne County:

### *Lackawanna County Map*



Source of above map = From Wikipedia, the free encyclopedia

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

**Demographics** - As of the census of 2000, there were 213,295 people, 86,218 households, and 55,783 families residing in the county. The population density was 465 people per square mile (180/km²). There were 95,362 housing

| Historical population | | |
|---|---|---|
| Census | Pop. | %± |

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## Cities

- Carbondale (18407)

- Scranton (18503, 18504, 18505, 18507, 18508, 18509, 18510, 18512, 18515, 18517, 18518, 18519)

## Boroughs

- Archbald (18403)
- Blakely (18447)
- Chinchilla (18410)
- Clarks Green (18411)
- Clarks Summit (18411)
- Dalton (18414)
- Dickson City (18519)
- Dunmore (18509, 18510, 18512)
- Jermyn (18433)
- Jessup (18434)
- La Plume (18440)
- Mayfield (18433)
- Moosic (18507)
- Moscow (18444)
- Mount Cobb (18436)
- Old Forge (18518)
- Olyphant (18447)
- Simpson (18407)
- Taylor (18517)
- Thornhurst (18424)
- Throop (18512)
- Vandling (18421)
- Waverly (18471)

## Townships

- Abington Township (now renamed as Waverly Township)
- Benton Township
- Carbondale Township (18407)
- Clifton Township (18424)
- Covington Township (18424, 18444)
- Elmhurst Township (18444)
- Fell Township (18407)
- Glenburn Township (18411)
- Greenfield Township (18407)
- Jefferson Township (18436)
- Madison Township (18444)
- Newton Township (18411)
- North Abington Township (18414)
- Ransom Township (18411)
- Roaring Brook Township (18436, 18444)
- Scott Township (18411, 18414, 18433, 18447)
- South Abington Township (18411)
- Spring Brook Township (18444)
- Waverly Township (18411, 18414, 18471)
- West Abington Township (18414)

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## Education

**Colleges and universities**
- Baptist Bible College
- Johnson College
- Keystone College
- Lackawanna College
- Marywood University
- Penn State Worthington Scranton
- The Commonwealth Medical College
- University of Scranton

**Public school districts**
- Abington Heights School District
- Carbondale Area School District
- Dunmore School District
- Forest City Regional School District (also in Susquehanna and Wayne Counties)
- Lackawanna Trail School District (also in Wyoming County)
- Lakeland School District
- Mid Valley School District
- North Pocono School District (also in Wayne County)
- Old Forge School District
- Riverside School District
- Scranton School District
- Valley View School District

**Charter schools**
- Fell Charter Elementary School, Simpson, GR K-8
- Howard Gardner Multiple Intelligence Charter School, Scranton, GR PreK-8
- Scranton School for Deaf and Hard-of-Hearing Children – public charter school offering pre-K through 12th grade education to eligible deaf and hard-of-hearing children located in South Abington Township, Pennsylvania

**Public vocational technology schools**
- Career Technology Center of Lackawanna County

**Private schools**

As reported by the Pennsylvania Department of Education:

- Abington Christian School, Clarks Green, GR PreK-8 (Affiliated with the Assemblies of God)
- Bais Yaakov of Scranton, GR 9-12 (All girls Jewish school)
- DePaul School for Dyslexia, Scranton[15]
- Friendship House
- Geneva Christian School, Olyphant, GR PreK-8
- Giant Steps Child Development Center – Carbondale
- Kinder Kampus Preparatory Preschool, Archbald, PreK
- Little People Daycare School, Scranton, GR PreK-KG
- Lourdesmont School, Scranton, Special Education (Roman Catholic)
- Lutheran Academy – Scranton, GR PreK-6
- Marywood – Tony Damiano Early Childhood Center, Scranton, GR PreK-KG
- Milton Eisner Yeshiva High School, Scranton, GR 9-12 (All boys Jewish school)
- Montessori Kindergarten, Scranton, GR PreK-KG
- New Story, Throop, Special Education
- NHS Autism School, Scranton, Special Education
- Northeast Child Care Services – Archbald
- Pocono Mountain Bible Conference – Gouldsboro
- Revival Baptist Christian School, Scranton, GR K-12
- Scranton Hebrew Day School, Scranton, GR K-8
- Scranton Preparatory School, Scranton, GR 9-12 (Affiliated with the Society of Jesus)
- St. Gregory's Early Childhood Center, Clarks Green, GR PreK-KG
- St. Stanislaus Elementary School, Scranton, GR K-8 (Polish National Catholic Church)
- Summit Christian Academy, South Abington Township, PreK-12
- Triboro Christian Academy, Old Forge, K-12, It participates in the state's Pennsylvania System of School Assessment (PSSA) annual testing

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## SITE DATA

| | |
|---|---|
| **LEGAL DESCRIPTION:** | Deed Book: **2025** <br> Deed Page: **06208** |
| **SITE DIMENSIONS:** | **150x28x150x29+/- Ft.** (150 Ft. Frontage on Dundaff) (Per CRSData) |
| **TOTAL LAND AREA:** | Total - **0.10+/-Acres (4,295+/- SF)** Per CRSData |
| **TOPOGRAPHY:** | Fairly Level from Road Grade |
| **UTILITIES:** | Public Water, Gas, Sewer And Electric Serve The Improved Site. |
| **STREET(S):** | Salem Ave. is Macadam Paved |
| **PARKING AREA & DRIVEWAY:** | A Paved Driveway Provides Parking For 2+/- Parked Automobiles. (0.43 Spaces per 1,000 SF) |
| **ZONING:** | According To The Zoning Map For The **City Of Carbondale** It Appears The Subject Is Located In **R-2 = Medium Density Residential Zoning District**, It Is Assumed This Correct & Accurate, In Addition It Is Assumed Any Purchaser Of The Subject Property Verify The Subject's Zoning District And Also That Their Intended Use Conforms With The Ordinance Provisions Of The Zoning District As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board. |
| **FLOOD ZONE:** | Subject Property Appears To Be Located In Flood **Zone X**, As Indicated On **FLOOD INSURANCE RATE MAP #:42069C0153D – DATED 8/5/2020.** It Is Recommended That Any Concerned Parties Relying On This Appraisal Report Have A Flood Certification Performed, As This Appraiser Is Not An Expert In This Field. According To FEMA, "Flood Zones Are Geographic Areas That The FEMA Has Defined According To Varying Levels Of Flood Risk.  These Zones Are Depicted On A Community's Flood Insurance Rate Map (FIRM) Or Flood Hazard Boundary Map.  Each Zone Reflects The Severity Or Type Of Flooding In The Area." |
| **ENCUMBRANCES:** | See Chain Of Title And Liens Recorded. Survey And Title Examination Are Recommended By Any New Potential Buyer(S). Value Estimated Herein Is Predicated Upon Fully Marketable Title, Title Insurance And Clear Title In Fee Simple. |



SOURCE – CRSData

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## City of Carbondale - Zoning Map



### Legend

#### Zoning Classification

| | |
|---|---|
| IAC | Interchange Activity Center |
| R-1 | Low Density Residential |
| R-2 | Medium Density Residential |
| C-1 | Neighborhood Commercial |
| C-2 | Central Business District |
| C-3 | General Commercial |
| M-1 | Light Industrial |
| M-2 | Heavy Industrial |
| S-1 | Special Purpose Open Space |

MAP SOURCE = http://www.CarbondalePA.org

- 25 -

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

**Flood Map**



AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## BUILDINGS SPECIFICATIONS

Upon Inspection of the 0.10+/- Acre Parcel, the Subject Property consists of a Mixed-Use Residential Home with Office Space and attached Garage containing 4,686 SF of (GBA). The Subject has been vacant for over 1 year and was previously a Doctor's Office and home. After purchase by current owner in 2025, a remodel was started but stopped after only the demolition face. Therefore, the Subject is in disrepair and poor overall condition.

| | |
|---|---|
| **STORIES:** | Partially 1 Story & Partially 2 Stories |
| **ESTIMATED AGE:** | 55+/- Yrs. |
| **CONDITION:** | Poor |
| **BUILDING SIZE:** | **Total - *4,686+/- S.F.** (GBA)<br>*All SF Are Approximate Field Measurements |
| **FAÇADE:** | Stucco |
| **ROOF:** | Appears to be Asphalt Shingle & Rubber |
| **BASEMENT:** | Full, partially finished |
| **FOUNDATION:** | Concrete Block & Masonry |
| **PLUMBING:** | Copper & PVC |
| **INTERIOR LIGHTING:** | Ceiling Mounted Florescent Fixtures |
| **HEATING:** | Natural Gas Forced Air |
| **AIR CONDITIONING:** | Wall Units |
| **WINDOWS:** | Fixed Wood & Vinyl |
| **FLOORING:** | Carpet, Tile, Hardwood & Concrete |
| **INTERIOR WALLS:** | Drywall & Wood Paneling |
| **CEILING:** | 8-9+/- Ft. ceiling height Drop Ceiling Tiles & Plaster w/ Wood Beams |
| **ELECTRICAL:** | 200A+ Circuit Breaker |
| **WIRING:** | Mixed |
| **OVERHEAD DOORS:** | 1 – 8x16 Ft. Garage |
| **LAYOUT:** | 15 Rooms Total<br>Residence - 3-Bedrooms, 1 Full Bath, 1 – ¾ Bath & 3 – ½ Baths<br>Office- Waiting Room, Office Space, Exam Rooms & 2 Restrooms |



AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton. PA 18504

## HIGHEST AND BEST USE ANALYSIS

In determining the Highest and Best Use for the subject site, we have analyzed the probable uses of the subject property based upon the criteria of being legally permissible, physically possible, financially feasible and maximally productive. We first eliminated those uses that were obviously not suitable for this property either because of zoning or physical incompatibility. We then considered those uses that would have a reasonable probability of being the Highest and Best Use based upon current zoning and physical adaptability. Finally, we chose that use or uses that appeared to best fit the criteria of being financially feasible and maximally productive.

| (1) | **Highest and Best Use** is 'that reasonable and probable use' that will support the highest present value, as defined, as of the effective date of the appraisal. |
|---|---|
| (2) | Both the **site and the improved property** have a highest and best use (or most probable use) at any given point in time.  The highest and best use of the improved property may or may not be the same as the highest and best use of the site. |
| (3) | The determination of highest and best use results from the appraiser's judgment and analytical skills, i.e., the use determined for analysis represents an opinion, not a fact to be found. |
| (4) | Highest and Best Use must be **reasonable, probable, and proximate** (likely to occur soon, if not immediately).  It is not speculative on conjectural.  It may or may not be present use of either the site or the improved property. |
| (5) | Highest and best use can **change** over time as external market forces change.  They include effective demand, public tastes and standard land use requirements (especially zoning), and competition.  In addition, the character of the subject property itself may change, thereby changing its highest and best use. |

## Definition of Highest and Best Use

Highest and Best Use is defined as: "the reasonable and probable use that supports the highest present value, as defined, as of the date of the appraisal." Alternatively, it is defined as "The use from among reasonably probable and legal alternative uses, found to be physically possible, appropriately supported, financially feasible, and that results in the highest present land value."[17]

17 *The Appraisal of Real Estate, 12th. Edition* (Appraisal Institute, Chicago, Il., 2001), p.305&p.244

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

# IN ESTIMATING HIGHEST AND BEST USE,
# THE APPRAISER IS GUIDED BY ESSENTIALLY
# FOUR STAGES OF ANALYSIS, NAMELY:

| | |
|---|---|
| (1) | **Possible Use** (Physical). What are the physically possible on the subject site or in the subject improvements, given the characteristics revealed by the property analysis? |
| The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. | |
| (2) | **Permissible Use** (Legal). What uses are permitted under existing zoning and other land use regulations and controls, and under existing deed restrictions for the subject property? |
| The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. | |
| (3) | **Feasible Use** (Appropriate). Among legally permitted and physical possible uses for the subject property which are appropriate given the characteristics revealed by market, and property analysis uses which produce any net return to the owner, or positive net present value? |
| The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. | |
| (4) | **Highest and Best Use.** Among appropriate or feasible use for the subject property, which use will produce the highest present value. |
| The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. | |

| |
|---|
| **Highest and Best Use as Improved** |
| The Subject Property's Highest & Best Use Is Its Most Recent Use As A Mixed-Use Residential/Office Type Property, Or Similarly Situated Use, If That Use Is Financially Feasible And In Accordance With Local Zoning Ordinance. |
| **Highest and Best Use as if Vacant Land** |
| Development Of A Property Similar To What Surrounds Or Its Present Use Assuming The Development Of The Property For Any Proposed Use Would Be Financial Feasible And It Is Assumed The Development & The Proposed Use Would Conform To Zoning. |

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton. PA 18504

## METHOD OF PROCEDURE
Having determined that the Highest and Best Use of the subject property is at its present use, we proceeded with our analysis. This included a review of the market and an assessment of the potential demand for similar properties. Finally, we estimated the Market Value of the subject property using the applicable approaches to value.

**The Valuation Process** - The valuation process is a systematic approach that identifies the appraisal problem, analyzes a property's characteristics, and generally engages three common valuation methods to form an opinion of market value.

The steps in the valuation process include:

- Identification of the problem
- Scope of work determination
- Data Collection and Property Description
- Data Analysis
- Site Value Opinion
- Application of the Approaches to Value
- Reconciliation of Value indicators and final Opinion of Value

## Report of Defined Value
There are three generally accepted approaches to value in the appraisal of real property. These are summarized as follows.

The **Income Approach** consists of estimating the potential annual gross income using actual or market derived rentals. Deducted from this amount, to arrive at a projected net income, are projected vacancy, annual expenses, and an estimated reserve for replacement. The resulting net income is capitalized into value.

The **Sales Comparison Approach** consists of analyzing the sale of comparable properties within the immediate area and/or in similar locations by a comparison of their respective similarities and differences. A judgment is then made as to the value of the subject property, based upon the adjusted values.

The **Cost Approach** consists of estimating the cost new of the building improvements, deducting depreciation from all sources, and adding the value of the land and lot improvements. It is often the most difficult approach to apply to existing buildings because of the problem encountered in accurately estimating depreciation.

All three approaches were considered. The Cost Approach & Income Approach to Value were not developed.

**19 The Appraisal of Real Estate 13th Edition, Pages 129 and 131 Appraisal Institute**

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COST APPROACH

The cost approach was considered inapplicable to this appraisal assignment; due to the fact it does not lend itself well to buildings of this age and condition. The method of procedure for this approach is based off the development of a credible estimate of a property's accrued depreciation, thus this appraiser felt that due to the subject's age and present condition any conclusion estimates developed could be considered subjective without the results of a full building inspection, roof inspection & inspections of all mechanical systems, such as heating, plumbing and electrical by a licensed professional qualified in that trade to make such an extraordinary estimate.  Also, investors do not usually consider this approach when purchasing a property for investment purposes.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

| SALES COMPARISON APPROACH |
| --- |

The Sales Comparison Approach consists of comparing the subject property's characteristics with those of comparable properties which have recently sold in similar transactions within the subject property's marketplace. This approach to value is based upon the principle of substitution, which in summary implies that a prudent investor will not pay more for a property than an equally desirable property.

After analyzing the available comparable sales and selecting those considered most comparable, appropriate adjustments were made to the sale price of each. It was felt by this appraiser that there were enough similarities found in the comparable sales chosen to supply sufficient data to document, support and justify utilizing the value arrived at by the sales comparison approach. This approach to value was deemed a credible approach to value & given weight in the final valuation process.

---

### THE "RETROSPECTIVE" OPINION OF MARKET VALUE ESTIMATED BY THE SALES COMPARISON APPROACH

After considering adjustments on the comparables selected for time, financing, highest & best use, location, land size, building size, utility, condition of interior/exterior of structure, zoning, flood zone, etc., an adjusted value of $28.02 P.S.F. was developed for the subject property, therefore $28.02 P.S.F. x 4,686 SF (Building Size) = $131,301.72. (Rounded = $131,000.00)

### * ONE HUNDRED & THIRTY-ONE THOUSAND DOLLARS
### *$131,000.00

* This Appraiser Is Not A Certified Building Inspector, Therefore, A Full Building Inspection Is Recommended As Any Defects Would Negatively Impact The Value. Additionally, It Appears That The Property Is Not Located In A Flood Plain. However, It Is Recommended That Any User Of This Report Get A Flood Certification. Square Footage Measurements Are Field Estimations. If The Owner Or User Requires Exact Measurements, A Professional Survey Or Building Inspection Is Recommended. It Is Assumed That Property Meets All Codes, Including Occupancy And Building Permits. If The Results Of The Preceding Conditions Are Not Satisfactory, The Appraiser Has The Right To Adjust The Value. Finally, The User Of This Report Or Potential Purchaser Must Have A Thorough Discussion With The Appropriate Zoning Officer Regarding Permitted Uses Of The Subject As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board.

---

### Supporting Sales Comparison Documentation
On the pages that follow are presented various reports and calculations that document our Sales Comparison analysis for the subject property.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton. PA 18504

## COMPARABLE SALES

### COMPARABLE SALE ONE

| | |
|---|---|
| Address: | 39 N Church Street, Carbondale, PA 18407 |
| Property Type: | Mixed-Use Office/Residential |
| Age of Structures: | 95+/- Yrs. |
| Condition of Structure: | Poor/Fair |
| Gross Structure Area: | 5,466 S.F. |
| Parking: | 10 (1.83 Spaces per 1,000 SF) |
| Zoning: | Commercial |
| Land Size: | 0.25 Acres |
| Sale Date: | 04/20/2024 |
| Sale Price: | $98,000 |
| Sale Price $P.S.F: | $17.93 |
| Source: | scr.flexmls, County Tax & Assessment Records |



AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COMPARABLE SALE TWO

| | |
|---|---|
| Address: | 129 Pike Street, Carbondale, PA 18407 |
| Property Type: | Mixed-Use Commercial/Residential |
| Age of Structures: | 115+/- Yrs. |
| Condition of Structure: | Average |
| Gross Structure Area: | 3,040 S.F. |
| Parking: | 32 (10.53 Spaces per 1,000 SF) |
| Zoning: | Commercial |
| Land Size: | 0.30 Acres |
| Sale Date: | 12/01/2023 |
| Sale Price: | $265,000 |
| Sale Price $P.S.F: | $87.17 |
| Source: | scr.flexmls, County Tax & Assessment Records |



AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COMPARABLE SALE THREE

| | |
|---|---|
| Address: | 540 542 Main Street, Simpson, PA 18407 |
| Property Type: | Mixed-Use Commercial/Residential |
| Age of Structures: | 85+/- Yrs. |
| Condition of Structure: | Fair |
| Gross Structure Area: | 1,750 S.F. |
| Parking: | 8 (4.57 Spaces per 1,000 SF) |
| Zoning: | Commercial |
| Land Size: | 0.15 Acres |
| Sale Date: | 12/11/2024 |
| Sale Price: | $85,000 |
| Sale Price $P.S.F: | $48.57 |
| Source: | scr.flexmls, County Tax & Assessment Records |



©2023 Property of Scranton MLS

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COMPARABLE SALES ADJUSTMENT GRID

|  | Comp. 1 | Comp. 2 | Comp. 3 |
|---|---|---|---|
| $PSF | $17.93 | $87.17 | $48.57 |
| Property Rights | 0% | 0% | 0% |
| Condition Of Sale | 0% | 0% | 0% |
| Time | 0% | 0% | 0% |
| Net Adjustments | 0% | 0% | 0% |
| Adj $ PSF | $17.93 | $87.17 | $48.57 |
| Location | 0% | 0% | +5% |
| Condition - Effective Age | -10% | -35% | -25% |
| Bldg Size | +6% | -15% | -20% |
| Land Size | 0% | 0% | 0% |
| Building Characteristics | +10% | 0% | 0% |
| Flood Zone | 0% | 0% | 0% |
| Zoning | -5% | -5% | -5% |
| Gross Adjustment | 31% | 55% | 55% |
| Net Adjustment | +1% | -55% | -45% |
| Adj Sale Price $ Per S.F. | $18.11 | $39.23 | $26.71 |

This Appraiser Researched And Analyzed Similar Mixed-Use Commercial/Residential Type Properties, Which Sold In The Subject's Market Area To Help Determine What Comparable Sales Were Most Similar To The Subject Property. The Above Adjustments Reflect The Differences Between The Subject Property & The Three Comparable Sales. After Considering Adjustments On The Comparables Selected For Time, Financing, Location, Land Size, Building Size, Utility, Condition, Zoning, Flood Zone, Etc., An Adjusted Value Of **$28.02 P.S.F.** Was Developed For The Subject Property. It Was Felt By This Appraiser That The Weighted Average Of The Adjusted Sales Price Per S.F For The Three Comparable Sales Was The Most Indicative Of The Subject's Present Market Value Assuming It Is Marketed Properly And Has A Marketing Period. Therefore, **$28.02 P.S.F.** Was Used In This Approach.

### Adjustments Analysis

➤ Comparable Sale 3 Was Adjusted Under **Location**, Due To The Fact That The Subject Is Located In A Larger City-Center, Making The Subject Superior To The Comparable. Therefore, A Positive (+) Adjustment Was Made.

➤ Comparable Sales 1, 2 & 3 Were Adjusted Under **Condition-Effective Age** Due To The Fact That Comparable 1, While Vacant At The Time Of Sale, Had Little To No Damage And Comparables 2 & 3 Were All Fully Occupied At Time Of Sale While The Subject Has Been Vacant And Has Damage & Extensive Deferred Maintenance, Making The Subject Inferior To The Comparables. Therefore, A Negative (-) Adjustment Was Made.

➤ Comparable Sale 1 Was Adjusted Under **Building Size** Based On Usual Market Action, The Larger The Building, The Less Value P.S.F. Is Recognized By The Market, Therefore, A Positive (+) Adjustment Was Made.

➤ Comparable Sales 2 & 3 Were Adjusted Under **Building Size** Based On Usual Market Action, The Smaller The Building, The More Value P.S.F. Is Recognized By The Market, Therefore, A Negative (-) Adjustment Was Made.

➤ Comparable Sale 1 Was Adjusted Under **Building Characteristics**, Due To The Fact That The Comparable Space Is Spread Out Over 4 Floors While The Subject Is On 2 Floors Which Is More Preferred In The Market, Making The Subject Superior To The Comparable. Therefore, A Positive (+) Adjustment Was Made.

➤ Comparable Sales 1, 2 & 3 Were Adjusted Under **Zoning**, Due To The Fact That The Subject Is Located In A Residential Zoning District And The Comparables Are Located In Commercial Zones, Making The Subject Inferior To The Comparables. Therefore, A Negative (-) Adjustment Was Made.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## COMPARABLE SALES LOCATION MAP



SOURCE = BingMaps

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

| INCOME APPROACH |
| --- |

The Income Approach considers the return on Investment and is similar to the method that investors typically use to make their investment decisions. It is most directly applicable to income producing property because the expectation of income is the primary motivating factor for the purchase of real estate. Other important considerations are leverage, tax advantages through depreciation, and pride of ownership. In addition, the investor also benefits from equity build-up due to mortgage loan amortization and potential increases in value.

The Income Approach consists of first estimating the probable annual gross income, based upon actual leases or market rentals. From this amount is deducted an allowance for vacancy and rent loss, based upon the property's historical operating experience and/or future projections. Next, all expenses attributable to the real estate are deducted. Also deducted, when appropriate, is a Reserve for Replacement of short-lived components that would normally be replaced during the investment holding period. The resulting net income is then converted into value by capitalization.

The subject property is currently vacant and in disrepair. Previously used as a Doctor's office and home, the Subject has no rental history as it was always owner-occupied. The Office space and residence are not separate and in its current condition, it cannot be rented or leased. Therefore, the Income Approach was not developed for this Appraisal.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

| ANALYSIS OF THE THREE APPROACHES TO VALUE & RECONCILIATION |
|---|

Reconciliation is the final step in the valuation process. It correlates the values obtained from all of the approaches. Each approach used is rated as to its relative significance and dependability. The greatest consideration is placed upon that approach that is most relevant to the property being appraised. The criteria used for choosing the most applicable approach are the "appropriateness, accuracy, and quantity and quality of evidence"[1] available for each approach. From this analysis, a final value is chosen that reflects the appraiser's best judgment of the Market Value.

| THE INCOME APPROACH INDICATED; | |
|---|---|
| The "Current" Opinion Of Market Value - | N/A |

The Income Approach Is Most Directly Applicable To An Income Producing Property Via Rental/Lease, Because The Expectation Of Income Is The Primary Motivating Factor For The Purchase Of Real Estate. The Subject Property Is Currently Vacant And In Disrepair. Previously Used As A Doctor's Office And Home, The Subject Has No Rental History As It Was Always Owner-Occupied. The Office Space And Residence Are Not Separate And In Its Current Condition, It Cannot Be Rented Or Leased. Therefore, The Income Approach Was Not Developed For This Appraisal.

| THE SALES COMPARISON APPROACH INDICATED; | |
|---|---|
| The "Retrospective" Opinion Of Market Value - | *$131,000.00 |

After Analyzing The Available Comparable Sales And Selecting Those Considered Most Comparable, Appropriate Adjustments Were Made To The Sale Price Of Each. It Was Felt By This Appraiser That There Were Enough Similarities Found In The Comparable Sales Chosen To Supply Sufficient Data To Document, Support And Justify Utilizing The Value Arrived At By The Sales Comparison Approach. This Approach To Value Was Deemed The Most Credible Approach To Value In This Appraisal And It Was Given All The Weight In The Final Valuation Process.

| THE COST APPROACH INDICATED; | |
|---|---|
| The "Current" Opinion Of Market Value = | N/A |

The Cost Approach Was Considered Inapplicable To This Appraisal Assignment, Due To The Fact It Does Not Lend Itself Well To Buildings Of This Age And Condition. The Method Of Procedure For This Approach Is Based Off The Development Of A Credible Estimate Of A Property's Accrued Depreciation, Thus This Appraiser Felt That Due To The Subject's Age And Present Condition Any Conclusion Estimates Developed Could Be Considered Subjective Without The Results Of A Full Building Inspection, Roof Inspection & Inspections Of All Mechanical Systems, Such As Heating, Plumbing And Electrical By A Licensed Professional Qualified In That Trade To Make Such An Extraordinary Estimate. Also Investors Do Not Usually Consider This Approach When Purchasing A Property For Investment Purposes.

After reconciling the values and conclusions derived from the applicable approaches it is this appraiser's opinion that the Sales Comparison Approach to value was the most credible approach and was given all of the weight in the final valuation process. The "Retrospective" Opinion Of Market Value of the subject property, as of the effective date **June 30th, 2024**, is **\*$131,000.00.**

## _The "Retrospective" Opinion Of Market Value = *$131,000.00_

\* **This Appraiser Is Not A Certified Building Inspector, Therefore, A Full Building Inspection Is Recommended As Any Defects Would Negatively Impact The Value. Additionally, It Appears That The Property Is Not Located In A Flood Plain. However, It Is Recommended That Any User Of This Report Get A Flood Certification. Square Footage Measurements Are Field Estimations, If The Owner Or User Requires Exact Measurements, A Professional Survey Or Building Inspection Is Recommended. It Is Assumed That Property Meets All Codes, Including Occupancy And Building Permits. If The Results Of The Preceding Conditions Are Not Satisfactory, The Appraiser Has The Right To Adjust The Value. Finally, The User Of This Report Or Potential Purchaser Must Have A Thorough Discussion With The Appropriate Zoning Officer Regarding Permitted Uses Of The Subject As The Subject Is A Mixed-Use Commercial/Residential Type Property Located In A Residential Zoning District. Any Use Other Than The Current Use Would Require A Variance From The Local Zoning Board.**

All sources of data that was used in the above approaches is cited in the respective approach's analysis and it is assumed the information obtained from these sources is both credible an accurate, although this appraiser makes no statement as to its accuracy. Supporting documentation for this appraisal assignment is retained in the appraiser's file at office.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## Subject Photos
### Street View

 

Wyoming Ave. & Salem Ave. Views

 

Salem Ave. Views

### Exterior Photos

 

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

West & North Side Views

 

North Side Rear Views



Garage

**Interior Photos**

  

Office Bathroom & Office Waiting Area

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

  

Office Space

  

Office Space & Residence

 

Residence Kitchen

- 42 -

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504



Residence



Residence & Basement Restroom



Unfinished Portion of Basement

- 43 -

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

  

Stairwell, 2nd Floor Bathroom & Bedroom

  

2nd Floor

 

2nd Floor

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504



Bedroom & Garage Interior.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504



**Commonwealth of Pennsylvania- Department of State**
**Bureau of Professional and Occupational Affairs**

Mailing Address P.O. Box 2649, Harrisburg, PA 17105     Toll Free: 1-833-DOS-BPOA



---

### JAMES K NASSER

| | | |
|---|---|---|
| License Number | : GA000105L | Initial License Date : 07/01/1991 |
| License Type | : Certified General Appraiser | |
| Issued By | : State Board of Certified Real Estate Appraisers | |
| Address | : 304 N MAIN AVENUE, SCRANTON, PA 18504 | |

Expiration Date    : 06/30/2027
License Status as of 5/6/2025 : Active



Acting Commissioner Arion R. Claggett

Signature of Licensee

Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code

276

---



**Commonwealth of Pennsylvania- Department of State**
**Bureau of Professional and Occupational Affairs**

Mailing Address P.O. Box 2649, Harrisburg, PA 17105     Toll Free: 1-833-DOS-BPOA



---

### JAMIE A DENCH

| | | |
|---|---|---|
| License Number | : GA004782 | Initial License Date : 03/27/2024 |
| License Type | : Certified General Appraiser | |
| Issued By | : State Board of Certified Real Estate Appraisers | |
| Address | : 500 2ND ST, PECKVILLE, PA 18452 | |

Expiration Date    : 06/30/2027
License Status as of 6/11/2025 : Active

Acting Commissioner Arion R. Claggett

Signature of Licensee

Please verify the license by visiting https://www.pals.pa.gov/verify or by scanning the QR Code

2025061077

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## QUALIFICATIONS

Nasser Real Estate & Appraisals, Inc.
James E. Nasser, President; SRA – ASA – CRA – MBA
304 N. Main Avenue, Scranton Pa 18504 Phone 570-342-4115 Fax 570-346-8815
116 S. State Street, Clarks Summit Pa 18411 Phone 570-587-5155
Email Address: nasserrealestate@aol.com
Web Site: nasserrealestate.com

## EDUCATION & DESIGNATIONS

| | |
|---|---|
| (A.S.) | Associate of Science – Wilkes Barre Business College 1968 |
| (B.S.) | Bachelor of Science – Wilmington University 1971 National Honor Society Graduated Magna Cum Laude |
| (M.B.A.) | Masters Degree in Managerial Science – Marywood University 1989 |
| (S.R.A.) | Society of Real Estate Appraisers 1987 |
| (C.R.S.) | Certified Residential Specialist 1980 |
| (G.R.I.) | Graduated Realtors Institute 1976 |
| (A.S.A.) | American Society of Real Estate Appraisers 1989 (Commercial and Industrial Designations) |
| (S.R.A.) | Appraisal Institute 1892 |
| (C.R.A.) | Certified Review Appraiser, Commercial and Residential 1977 |
| (V.A.) | Veterans Administration Appraiser 1976 |
| (F.H.A.) | Federal Housing Administration Appraiser 1982 |

Completed and passed Real Estate and Appraisal courses, Level I, II and III Wilmington University, Penn State University, Rutgers University, University of Scranton, Appalachian State University and completed various appraisal courses and seminars offered by the Appraisal Institute, the American Society of Appraisers and numerous other appraisal organizations and schools.

## TEACHING EXPERIENCE

* Commercial, Industrial and Residential Courses, Level I, II and III
* Past assistant instructor of Real Estate and Appraisal at Wilmington University
* Past instructor of Real Estate and Appraisals at Lackawanna College
* Past instructor of Real Estate and Appraisals at Pennsylvania State University
* Past instructor of Real Estate and Appraisals at Marywood University 1976-1996
* Past instructor of Appraisal at the University of Scranton 1984-2000
* Guest lecturer at numerous business and real estate / appraisal organizations in Northeastern Pennsylvania.

## TYPES OF PROPERTY APPRAISED

All types included: Residential, Industrial, Commercial, Institutional. Literally all types of property from golf courses to shopping centers.

## PROFESSIONAL AFFILIATIONS

* Licensed as Realtor Associate in 1969
* Licensed as a Realtor/Appraiser in 1970
* Greater Scranton Board of Realtors 1969
* Greater Scranton Multiple Listing Service 1969
* Pennsylvania Associations of Realtors 1969

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

- National Association of Realtors 1969
- Licensed State Certified General Appraiser – Residential and Commercial since 1991
License # GA-000105L.
   - Licensed as an appraiser in Pennsylvania since 1971
   - Licensed Real Estate Broker/Appraiser since 1971

## ELECTED AND APPOINTED POSITIONS
- Regional Ethics and Counseling Panel – Appraisal Institute, 5 years
- President of the Society of Real Estate Appraisers – Appraisal Institute, 2 Terms
- Board of Directors of Scranton Board of Realtors, 3 years
- Board of Directors and Chairman of the Board of Scranton Multiple Listing Service, 8 years
- Board of Directors Pennsylvania Regional Tissue and Transplant Bank, 3 years
- Board of Directors of Scranton Zoological Society, 4 years
- Board of Directors of Lake Winola Cottagers Association, 3 years
- University of Scranton Board of Regents, 20 years
- Marywood University Business Council

## BUSINESS INFORMATION
- Real Estate Appraiser since 1971
- Consultant to many local banks, attorneys, savings and loan associations, engineering/architectural companies and colleges, county and federal courts.
- President of Nasser Real Estate & Appraisal Service, Inc
- The company was founded in 1951 by James R. Nasser, Sr
- Nasser Real Estate & Appraisal, Inc has continually ranked as one of the larger real estate and appraisal firms in Northeastern Pennsylvania, with ten (10) realtors, including six (6) professional/licensed appraisers.

## COURT TESTIMONY
- James K. Nasser has been qualified and accepted as an expert witness in the following counties: Bradford, Carbon, Lackawanna, Luzerne, Monroe, Pike, Susquehanna, Wyoming and Wayne, all in Pennsylvania, as well as the Supreme Court of New York.
- Board of Assessment Appeals, most counties
- US District Bankruptcy Court

## SEMINARS
James K Nasser attends on a regular basis most seminars on real estate appraising and re-certification courses.

## EXPERIENCE
James K Nasser has, since 1971, appraised thousands of properties in Northeast Pennsylvania

## APPRAISAL CLIENTS
Lenders for which we do work for is too voluminous to list. We have done assignments for virtually every local bank, many mortgage companies and numerous national leaders. US Marshall's office, US Attorney's office, Internal Revenue Service, District Attorney's offices, Department of Transportation.

**Due to confidentiality and list being too voluminous references available upon request.**

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

## Deed



Evie Rafalko McNulty
Lackawanna Recorder of Deeds
123 Wyoming Ave, Suite 218
Scranton, PA 18503

This is a certification page
***This page is now part of this legal document - DO NOT DETACH***



Recording:

| | |
|---|---|
| Recording Fee ROD | $13.00 |
| Partial S. Notice of Assessment | $0.00 |
| Cover/Index Page | $2.00 |
| Additional Names | $0.00 |
| Additional Page | $0.00 |
| Additional Acknowledgement | $0.00 |
| Additional Parcel | $0.00 |
| County Improvement | $2.00 |
| Parcel Identification | $10.00 |
| ROD Improvement Fee | $3.00 |
| State Writ Tax | $0.50 |
| Statement of Value | $0.00 |
| State JCS/Access to Justice | $40.25 |
| Affordable Housing | $13.00 |
| Additional References (Assgn., Aasgn Mort.) | $0.00 |
| References (Satisfactions) | $0.00 |
| Local RTT Tax | $2,550.00 |
| State RTT Tax | $2,550.00 |
| **Total:** | **$5,183.75** |

Instrument #: 202506208

Receipt #: 25-5449
Clerk: Carluccimr
Rec Date: 04/29/2025 03:28:55 PM
Num Pages: 4
Document Type: DEED
Rec'd From: CSC ERECORDING

Party 1: SOLIMAN ZAHER JOSEPH
Party 2: AHH LLC

****NOTICE: This is not a Bill****

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Lackawanna County, Pennsylvania.



*Evelyn Rafalko McNulty*

Evie Rafalko McNulty
Recorder of Deeds

**Information may change during the verification process and may not be reflected on this page.

Record and Return To:

CSC ERECORDING
919 N 1000 W
LOGAN, UT 84321

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

Instrument #: 202505203
Rec Date: 04/29/2025 03:28 PM  Page 2 of 4

LACKAWANNA COUNTY
Certified Property Identification
MUNI: 680
Date: April 29, 2025
Pin: 05505 020 001
Use: 1000 Assessed Value: 16,000
Clerk: KG

# THIS DEED

Made the 25th day of April in the year of our Lord Two Thousand and Twenty-Five (2025).

BETWEEN  ZAHER JOSEPH SOLIMAN, of 92 Salem Avenue, Carbondale, Commonwealth of Pennsylvania 18407,

GRANTOR

A - N - D

AHH LLC, of 92 Salem Avenue, Carbondale, Commonwealth of Pennsylvania 18407,,

GRANTEE

WITNESSTH, that in consideration of Two Hundred Fifty-Five Thousand One Hundred Sixty-Four Dollars ($255,000.00), in hand paid, the receipt whereof is hereby acknowledged, the Grantor does hereby grant and convey to the said Grantee, its Heirs, Successors, and Assigns:

ALL that certain messuage, lot, tenement, and tract of land, situate in the Second Ward of the City of Carbondale, County of Lackawanna and State of Pennsylvania, and being part of lot number six (6) on streets numbers thirteen (13) and five (5) and being bounded and described as follows to wit:

BEGINNING in the center of lot number six (6) on street number thirteen (13) and running thence Northerly thirty (30) feet, thence easterly one hundred and fifty (150) feet along street number five (5), thence Southerly thirty (30) feet along street number fourteen (14), thence westerly one hundred and fifty (150) feet to place of Beginning.

CONTAINING four thousand five hundred (4,500) square feet.

BEING the same premises as conveyed to Zaher Joseph Soliman from Salvatore R. Pettinato and Ann M. Pettinato by deed dated May 1, 1995 and recorded May 1, 1995 in and for Lackawanna County at Deed Book 1508, Page 90.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

Instrument #: 2025062208
Rec Date: 04/29/2025 03:29 PM   Page 3 of 4

HAZARDOUS WASTE IS NOT BEING DISPOSED OF NOR HAS IT EVER BEEN DISPOSED OF ON THE PROPERTY HEREIN CONVEYED BY THE GRANTOR OR TO THE GRANTOR'S ACTUAL KNOWLEDGE.

THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND, IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR OTHER STRUCTURE ON OR IN SUCH LAND. THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT.

TAX PARCEL # 05505020001

And the said Grantor will Warrant SPECIALLY the property hereby conveyed.

AHH LLC.
92 Salem Ave.
Carbondale, PA 18407

Nasser Appraisal Services Inc.
304 North Main Avenue
Scranton, PA 18504

Instrument #: 202506208
Rec Date: 04/29/2025 03:28 PM  Page 4 of 4

In Witness Whereof, the Grantor has hereunto set his hand and seal the day and year first above written.

ZAHER JOSEPH SOLIMAN

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF SUSQUEHANNA

This record was acknowledged before me on APRIL 25 , 2025, by ZAHER JOSEPH SOLIMAN.

Notary Public
My Commission expires: 4/1/29

Commonwealth of Pennsylvania - Notary Seal
MARISA MONISREW - Notary Public
Susquehanna County
My Commission Expires April 1, 2029
Commission Number 1394633

I hereby certify, that the precise residence of the Grantee is: 92 Salem Avenue Carbondale PA 18407

Attorney for the Grantee

- 52 -