Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENSNYLVANIA

FRANK TUFANO

        Plaintiff,

vs.

COUNTY OF LACKAWNNA

TYLER TECHNOLOGIES, INC.

        Defendants

Case No.: 3:26 - cv - 879

EMERGENCY MOTION TO STAY REAL ESTATE TAX PROCEEDINGS AND ALL PROPERTY ACTIONS BY THE COUNTY OF LACKAWANNA

1. The County of Lackawanna has fraudulently elevated and billed Frank Tufano an unfair amount of monies for the properties under his management.

2. The properties have been professional appraised at a much lower value than stated in the tax assessment. All of these appraisals were conducted by licensed professionals and assessed under the conditions required by the Lackawanna County sent out at the initial appraisal time.

3. The assessment of 25 Dundaff ST is valued at $1.9M ($1,900,390) while the appraisal estimates the true property value at $408,000. (EXHIBIT A)

4. The assessment for 280 Hickory Ridge RD was never obtained, the appraisal value is $125,000 (EXHIBIT B)

5. The assessment value for 92 Salem AVE was never obtained, the appraised value is $131,000. (EXHIBIT C)

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

6. Based on the counties previous attempts to seize Frank Tufano's property in a fraudulent Sheriff's sale, their intentional fraud of not mailing Frank Tufano his hearing notice date, and the collusion of a county judge preventing Frank from representing himself in the local court, Frank Tufano can only assume that the County of Lackawanna will commit more malicious and deceitful acts.

7. Because of this, Frank Tufano requests the court stay all property tax requirements with the identified properties until the assessed value is corrected and the tax bills are re-issued. This includes all of the Property Taxes (City, School, County) for all 3 properties to be stayed at 25 Dundaff ST, Carbondale, PA, 92 Salem AVE, Carbondale, PA, 280 Hickory Ridge RD, Greenfield Township, PA.

Dated: Monday, April 6, 2026

By: _____ /s/ Frank Tufano

Frank Tufano

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 2