

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*
**Sylvia H. Rambo United States Courthouse**
**1501 North 6th St.**
**Harrisburg, PA 17102**
**Internet Address: www.pamd.uscourts.gov**

**PETER WELSH**
**Clerk of Court**

**April 7, 2026**

**Frank Tufano**
**25 Dundaff St.**
**Carbondale, PA 18407**

RE: Tufano v. Tyler Technologies, Inc. et al/ **3:26-cv-00879**

Dear Pro Se Plaintiff:

The court has received your documents from the Eastern District of Pennsylvania and assigned it to the case number above.   Please use this number in all future pleadings and correspondence regarding this case.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration.

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.
All future pleadings and correspondence regarding this case should be mailed to the following address:

**Sylvia H. Rambo United States Courthouse**
**Attn: Clerk's Office**
**1501 North 6th St.**
**Harrisburg, PA 17102**

**[ X ]  Complaint**                    Sincerely,
[    ] Petition                         PETER WELSH, Clerk of Court
[    ] Other                            By: s/LL