Generated: Apr 7, 2026 12:11PM



# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Apr 7, 2026 12:11PM

FRANK TUFANO
25 DUNDOFF STREET
CARBONDALE, PA 18407

Rcpt. No: 333119488          Trans. Date: Apr 7, 2026 12:11PM          Cashier ID: #CW (7278)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM326CV000879<br>DPAM326cv000879<br>**FBO**: Frank Tufano | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.