Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENSNYLVANIA

FRANK TUFANO

       Plaintiff,

vs.

COUNTY OF LACKAWNNA

TYLER TECHNOLOGIES, INC.

       Defendants

Case No.: 3:26-CV-879

OBJECTION TO REPORT AND
RECOMMENDATION BY CHIEF
MAGISTRATE JUDGE BLOOM

1. A magistrate judge has dismissed the Emergency Motion to Stay Real Estate Tax Proceedings stating "the district courts shall not enjoin, suspend or restrain the assessment, levy or collection of any tax under state law where a plain, speedy, and efficient remedy may be had in the courts of such state."

2. The specific reason of this federal filing is the corruption and discrimination that occurred against Frank Tufano at the state level, where he has been refused the ability to participate in the assessment hearings as well as the ability to represent himself in the state court

3. Frank Tufano requests this report and recommendation be struck and the initial motion and complaint be considered in their entirety.

Dated: Monday, April 6, 2026

By:      /s/ Frank Tufano

                    Frank Tufano

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 1