Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENSNYLVANIA

FILED
SCRANTON

MAY 28 2026

PER_____
DEPUTY CLERK

FRANK TUFANO

       Plaintiff,

vs.

COUNTY OF LACKAWNNA

TYLER TECHNOLOGIES, INC.

       Defendants

Case No.: 3:26-CV-00879

OPPOSITION TO MOTION TO DISMISS
FILED BY TYLER TECHNOLOGIES

1. The County of Lackawanna discriminated against Frank Tufano, refuses him due process in the State Court, and then states his claims are baseless, accusing him of forum shopping, when battling blatant corruption and wrongdoing of government officials.

2. This petty and unprofessional behavior and language is a testament to the personal vendettas the officials and employees of Lackawanna County have against Frank Tufano – and would easily explain why he was never notified of his appealing hearing date, then promptly denied due process by the same individuals in their court system.

3. Defendant argues that Frank Tufano's legal argument fails to comply with Rule 8, however he believes the argument to be reasonable enough to set the state for presenting further evidence and requesting discovery from defendants.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

4. It is very clear of the purpose of Tyler Technologies and Tax Evaluation for Lackawanna County, and that there is no competent individual who could not identify the wrongdoing in the methods and values given by this agency. Valuing a property over 5x what it sold for 3 years previously and failing to notify residents with disabilities are grossly negligent actions.

5. Frank Tufano asserted the criminal statute because it is unreasonable to expect a law official to assist a Pro Se Litigant against their own county. The Police, nor the DA, would assist in this legal capacity and the only forum it could be presented in would be the civil court.

6. Defendants did misrepresent the value of the properties, they forced the recipient of the falsely elevated valuations to act, their income and revenue is dependent on these actions, and have permanently damaged recipients. The outline of their business scheme is textbook fraud.

7. Defendant claims they did not commit conspiracy however it is two agencies working together to commit a lawful act by unlawful means in falsely inflating property values and then reaping the benefits of millions of dollars.

8. Tyler Technologies may not be a public entity but they are directly hired and commissioned by a public entity to perform their dirty work. If Tyler Technologies is contracted by a public entity to perform unlawful actions – are both parties accountable or only the public entity? It seems that it's actually the tax payers accountability.

9. If Frank Tufano is visually impaired and bed-ridden from multiple orbital procedures then he is unable to receive or correspond in a normal business

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 2

fashion. Frank Tufano has undergone 8 eye surgeries under anesthesia in the past two years and there have been prolonged periods of time where he was unable to receive mail or respond, in some cases up to 2 months – and that is if the mail was kept for his return.

10. The retaliation discrimination claim is part of the denial of due process to Frank Tufano by defendants.

11. Defendant argues that Plaintiff cannot maintain a due process claim however he was denied the state's remedy on multiple occasions. The state refused to allow Frank Tufano to participate in their appeals process and then further denied him due process as a Pro Se litigant in the state court. The action in state court is not pending – the presiding judge for the County of Lackawanna is not allowing Frank Tufano to represent himself. – and no attorney in the entire state of Pennsylvania can represent Frank Tufano due to conflict of interest.

12. Whether or not Frank Tufano's claims are specific and factual enough, he should not be denied the opportunity to present evidence to a jury as a Pro Se Litigant.

13. The Abstention Doctrine is not valid because the State officials have already denied Frank Tufano due process and refuse to provide a fair venue.

14. Denying a Pro Se Litigant leave amend would require extreme circumstances, which Frank Tufano does not believe are present in this case matter. If the claims are not up to standards of a Pro Se Litigant, which Frank Tufano believes they are, and any further elevation would be unreasonable for a non-attorney, then Frank Tufano requests the court allow him to correct the specified deficiencies.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL - 3

15. Frank Tufano requests this motion to dismiss filed by Tyler Technologies be denied.

Dated: Thursday, May 28, 2026

By:  /s/ Frank Tufano

Frank Tufano